B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re　**Equipment Acquisition Resources, Inc.**　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　Chapter　**11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AMERICAN BANK LEASING<br>1566 Medical Drive<br>Pottstown, PA 19464-0274 | AMERICAN BANK LEASING<br>1566 Medical Drive<br>Pottstown, PA 19464-0274 | Equipment Lease | | 2,572,395.00<br>(value of security unknown) |
| Bank of Jackson Hole<br>900 W. Broadway<br>Jackson, WY 83001 | Bank of Jackson Hole<br>900 W. Broadway<br>Jackson, WY 83001 | Notes Payable | | 2,438,521.00<br>(value of security unknown) |
| COMERICA<br>411 W Lafayette Blvd<br>2nd Floor/MC 3540<br>Detroit, MI 48226 | COMERICA<br>411 W Lafayette Blvd<br>2nd Floor/MC 3540<br>Detroit, MI 48226 | Equipment Lease | | 2,309,754.00<br>(balance of remaining lease payments) |
| FIFTH THIRD BANK<br>222 S. Riverside Plaza<br>32nd Floor<br>Chicago, IL 60606 | FIFTH THIRD BANK<br>222 S. Riverside Plaza<br>32nd Floor<br>Chicago, IL 60606 | Notes Payable | | 6,115,330.00<br>(value of security unknown) |
| FIRST PREMIER LEASING<br>5201 Eden Ave.<br>Suite 180<br>Edina, MN 55436 | FIRST PREMIER LEASING<br>5201 Eden Ave.<br>Suite 180<br>Edina, MN 55436 | Equipment Lease | | 29,756,526.00<br><br>(value of security unknown) |
| HEWLETT PACKARD<br>420 Mountain Ave.<br>Murray Hill, NJ 07974 | HEWLETT PACKARD<br>420 Mountain Ave.<br>Murray Hill, NJ 07974 | Equipment Lease | | 14,996,054.00<br>(balance of remaining lease payments) |
| IBM CREDIT LLC<br>10301 David Taylor Drive<br>Charlotte, NC 28262 | IBM CREDIT LLC<br>10301 David Taylor Drive<br>Charlotte, NC 28262 | Equipment Lease | | 10,779,145.00<br>(value of security unknown) |
| ICON EAR, LLC<br>100 5th Avenue<br>4th Floor<br>New York, NY 10011 | ICON EAR, LLC<br>100 5th Avenue<br>4th Floor<br>New York, NY 10011 | Equipment Lease | | 18,733,101.00<br>(balance of remaining lease payments) |

\* The Debtor, has made reasonable efforts to ensure that the foregoing amounts and values, listed above in column (5), are accurate and complete based upon information known to it at the time of preparation of this petition; however, the preparation of this petition required the Debtor to make estimates and assumptions that affected the reported amounts and values. The actual amounts and values could differ from the Debtor's estimates.

B4 (Official Form 4) (12/07) - Cont.

In re  **Equipment Acquisition Resources, Inc.**   Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Creditor | Address | Nature of Claim | Disputed | Amount |
|---|---|---|---|---|
| LEASING INNOVATIONS<br>261 North Hwy 101<br>Solana Beach, CA 92075 | LEASING INNOVATIONS<br>261 North Hwy 101<br>Solana Beach, CA 92075 | Equipment Lease | | 3,796,559.00<br>(value of security unknown) |
| LIBERTYVILLE BANK AND TRUST<br>507 N. Milwaukee Ave.<br>Libertyville, IL 60048 | LIBERTYVILLE BANK AND TRUST<br>507 N. Milwaukee Ave.<br>Libertyville, IL 60048 | Equipment Lease | | 2,322,348.00<br>(balance of remaining lease payments) |
| MILLENNIUM BANK<br>2100 Miner Street<br>Des Plaines, IL 60016 | MILLENNIUM BANK<br>2100 Miner Street<br>Des Plaines, IL 60016 | Notes Payable | | 1,689,910.00<br>(value of security unknown) |
| Moore, Alan<br>350 North St. Paul Street<br>Suite 2900<br>Dallas, TX 75201-4234 | Moore, Alan<br>350 North St. Paul Street<br>Suite 2900<br>Dallas, TX 75201-4234 | Loan | Disputed | 2,000,000.00 |
| NATIONAL CITY<br>101 South 5th Street<br>Louisville, KY 40202 | NATIONAL CITY<br>101 South 5th Street<br>Louisville, KY 40202 | Equipment Lease | | 2,194,059.00<br>(value of security unknown) |
| NORSTATES BANK<br>1601 N. Lewis<br>Waukegan, IL 60523 | NORSTATES BANK<br>1601 N. Lewis<br>Waukegan, IL 60523 | Equipment Leases and Notes Payable | | 9,056,820.00<br>(value of security unknown) |
| REPUBLIC BANK<br>2221 Camden Court<br>Oakbook, IL 60523 | REPUBLIC BANK<br>2221 Camden Court<br>Oakbook, IL 60523 | Equipment Lease | | 6,667,770.00<br>(value of security unknown) |
| SG EQUIPMENT FINANCE<br>480 Washington Blvd.<br>24th Floor<br>Jersey City, NJ 07310 | SG EQUIPMENT FINANCE<br>480 Washington Blvd.<br>24th Floor<br>Jersey City, NJ 07310 | Equipment Lease | | 2,490,927.00<br>(value of security unknown) |
| TD BANKNORTH<br>5 Commerce Park North<br>Bedford, NH 03110 | TD BANKNORTH<br>5 Commerce Park North<br>Bedford, NH 03110 | Equipment Lease | | 8,125,542.00<br>(value of security unknown) |
| US BANK<br>1450 Channel Parkway<br>Marshall, MN 56258 | US BANK<br>1450 Channel Parkway<br>Marshall, MN 56258 | Equipment Lease | | 1,231,553.00<br>(value of security unknown) |
| US FINANCIAL<br>9122 Montgomery Road<br>Suite 202<br>Cincinnati, OH 54242 | US FINANCIAL<br>9122 Montgomery Road<br>Suite 202<br>Cincinnati, OH 54242 | Equipment Lease | | 7,455,264.00<br>(balance of remaining lease payments) |
| VELOCITY FINANCIAL GROUP<br>P.O. Box 856<br>Rosemont, IL 60018 | VELOCITY FINANCIAL GROUP<br>P.O. Box 856<br>Rosemont, IL 60018 | Equipment Lease | | 1,700,690.00<br>(balance of remaining lease payments) |

\* The Debtor, has made reasonable efforts to ensure that the foregoing amounts and values, listed above in column (5), are accurate and complete based upon information known to it at the time of preparation of this petition; however, the preparation of this petition required the Debtor to make estimates and assumptions that affected the reported amounts and values. The actual amounts and values could differ from the Debtor's estimates.

B4 (Official Form 4) (12/07) - Cont.

In re  **Equipment Acquisition Resources, Inc.**                                    Case No. _____
　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **10/23/2009**                    Signature  **/s/ William A. Brandt, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　**William A. Brandt, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.