# United States Bankruptcy Court
## Northern District of Illinois

In re  **Equipment Acquisition Resources, Inc.**                                      Case No. _____
                                                              Debtor(s)              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Donna Malone** | | 90 | Stock |
| 4260 E Hoback River Rd   and   454 N. Aberdeen Street | | | |
| Jackson, WY 83001                  Unit 2S | | | |
|                                               Chicago, IL 60642 | | | |
| **Mark Anstett** | | 10 | Stock |
| 1111 S Estate Lane | | | |
| Lake Forest, IL 60045 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 23, 2009**                                  Signature  **/s/ William A. Brandt, Jr.**
                                                                           **William A. Brandt, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.