# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**EQUIPMENT ACQUISITION RESOURCES, INC.**<br><br>Debtor. | **Chapter 11**<br>**Case No.   09-39937**<br><br>**Hon. John H. Squires**<br><br>**Hearing Date:  December 3, 2009**<br><br>**Hearing Time:  9:30 am** |

## NOTICE OF MOTION

To:     See Attached Service List

PLEASE TAKE NOTICE that on December 3, 2009 at 9:30 am, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable John H. Squires, Bankruptcy Judge, or such other judge as may be sitting in his stead, in courtroom 680 or in such other courtroom as occupied by him, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **DEBTOR'S MOTION FOR AUTHORITY TO ABANDON REAL AND PERSONAL PROPERTY, SURRENDER REAL AND PERSONAL PROPERTY AND REJECT AND TERMINATE REAL AND PERSONAL PROPERTY LEASES ON SHORTENED NOTICE**, at which time and place you may appear as you see fit.

Dated: November 25, 2009

Respectfully submitted,
Equipment Acquisition Resources, Inc.
Debtor and Debtor-in-Possession


By:     /s/ Barry A. Chatz
One of its attorneys


Barry A. Chatz (06196639)
Miriam R. Stein (06238163)
Robert A. McKenzie (6293346)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Telephone: 312.876.7100
Facsimile: 312.876.0288

8778022.4

## CERTIFICATE OF SERVICE

I, Barry A. Chatz, an attorney, certify that I caused a copy of the foregoing Notice of Motion and Motion to be served on the parties listed on the attached service list by depositing same in the U.S. Mail with proper postage prepaid to those not on the Court's ECF System and by the Court's ECF System to those entities entitled to electronic service, on November 25, 2009.

/s/ Barry A. Chatz

8778022.4

Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

William A. Brandt, Jr.
Development Specialists, Inc.
70 W. Madison Street, Suite 2300
Chicago, IL 60602

Sheldon Player
555 W. Vermont Street
Palatine, IL 60067

Katie Hinrichs
454 N. Aberdeen Street
Chicago, IL 60642

Forbes Enterprises, Inc.
Joseph Stephen Risi
405 N. 5th Street
Coos Bay, OR 97420

William Sullivan
Martin Brown Sullivan Roadman
  & Hartnett, Ltd.
135 S. LaSalle Street, Suite 3200
Chicago, IL 60603

Kurt M. Carlson
Jeffrey L. Gansberg
Much Shelist Denenberg, et al.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606

Gregory J. Jordan
Apostol Kowal & Jordan, Ltd.
200 S. Wacker Drive, 32nd Floor
Chicago, IL 60606

Brian H. Meldrum
Stites & Harbison, PLLC
400 W. Market Street
Louisville, KY 40207

Thomas V. Askounis
Alex Darcy
Askounis & Darcy PC
401 N. Michigan Avenue, Suite 550
Chicago, IL 60611

Brian Ira Tanenbaum
John A. Benson, Jr.
The Law Offices of Brian Ira
    Tanenbaum, Ltd.
2970 Maria Avenue, Suite 207
Northbrook, IL 60062

Ryan T. Shultz
Margaret Anderson
Fox Hefter Swibel Levin &
    Carroll LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

Alexander D. Kerr, Jr.
David A. Kallick
Tishler & Wald, Ltd.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Sovereign Bank
c/o Dennis A. Dressler
Dressler & Peters, LLC
111 W. Washington Street
Suite 1900
Chicago, IL 60602

Richard M. Bendix
Morgan M. Smith
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606

Micael Weininger
Lupel Weininger LLP
30 N. LaSalle Street, Suite 3520
Chicago, IL 60602

Christopher B. Lega
Kevin J. Simrad
Riemer & Braunsstein LLP
71 S. Wacker Drive, Suite 3515
Chicago, IL 60606

Stephen T. Bobo
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606

IBM Corporation
Beverly H. Shideler, BS8399
Two Lincoln Centre
Oakbrook Terrace, IL 60181

VW Credit, Inc.
P.O. Box 829009
Dallas, TX 75382

Mary E. Olson
David J. Fischer
Wildman Harrold Allen
  & Dixon LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606

OFC Capital Corporation
 c/o Gabriel B. Antman
Law Offices of Gabriel B. Antman,
PC
77 W. Washington Street, Suite 719
Chicago, IL 60602

Karen R. Goodman
Gabriel Reilly-Bates
Shefksy & Froelich, Ltd.
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601

Rosanne Ciambrone
Duane Morris LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603

American Bank Holdings, Inc.
c/o Todd Ross
Womble Carlyle Sandridge & Rice
1401 Eye Street, NW
Washington, DC 20005

F. Kevin Murnighan
Carey, Filter, White & Boland
33 W. Jackson Boulevard, 5th Floor
Chicago, IL 60604

Douglas J. Lipke
Vedder Price P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

Tina M. Jacobs
Jones & Jacobs
77 W. Washington Street, Suite 2100
Chicago, IL  60602

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street, Suite 2300
Chicago, IL  60606

Associate Area Counsel SB/SE
200 W. Adams Street, Suite 2300
Chicago, IL  60606

Joel Nathan
United States Attorney
219 South Dearborn Street
Chicago, IL  60604

D. Patrick Mullarkey
TAX Division (DOJ)
P.O. Box 55 – Ben Franklin Station
Washington, DC  20044

Illinois Department of Revenue
101 W. Jefferson Street
Springfield, IL  62702

Illinois Department of Revenue
100 W. Randolph Street, 7th Floor
Chicago, IL  60601

Assistant Attorney General
Revenue Litigation Bureau
100 W. Randolph Street, 13th Floor
Chicago, IL  60601

American Bank Leasing
1566 Medical Drive
Pottstown, PA  19464-0274

Bank of Jackson Hole
900 W. Broadway
Jackson, WY  83001

Comerica
411 W. Lafayette Boulevard
2nd Floor/MC 3540
Detroit, MI  48226

Fifth Third Bank
222 S. Riverside Plaza, 32nd Floor
Chicago, IL  60606

First Premier Capital LLC
c/o Debra Devassy Babu
401 N. Michigan Avenue, Suite 550
Chicago, IL  60611

Hewlett Packard
420 Mountain Avenue
Murray Hill, NY  07974

ICON EAR, LLC
100 5th Avenue, 4th Floor
New York, NY  10011

Leasing Innovations
261 North Highway 101
Solana Beach, CA  92706

Libertyville Bank and Trust
507 N. Milwaukee Avenue
Libertyville, IL  60048

Millennium Bank
2100 Miner Street
Des Plaines, IL  60016

National City
101 S. 5th Street
Louisville, KY  40202

Norstates Bank
c/o Mary E. Olson
Wildman Harrold Allen & Dixon LP
225 W. Wacker Drive, Suite 3000
Chicago, IL  60606-1007

Republic Bank
2221 Camdem Court
Oak Brook, IL  60523

SG Equipment Finance
480 Washington Boulevard
24th Floor
Jersey City, NJ  07310

TD Banknorth
5 Commerce Park North
Bedford, NH  03110

US Bank
1450 Channel Parkway
Marshall, MN  56258

US Financial
9122 Montgomery Road, Suite 202
Cincinnati, OH  54242

Velocity Financial Group
P.O. Box 856
Rosemont, IL  60018

Monette W. Cope
Weltman Weinberg & Reis Co. LPA
180 N. LaSalle Street, Suite 2400
Chicago, IL  60601

Citizens Bank & Trust of Chicago
5700 N. Central Avenue
Chicago, IL  60646-6410

Fifth Third Bank
c/o Dykema Gossett
10 South Wacker Drive, Suite 2300
Chicago, IL  60606-7439

FirstLease, Inc.
185 Commerce Drive
Fort Washington, PA  19034-2416

Hewlett-Packard  Financial  Services
Co.
c/o David N. Crapo
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Rockford Capital Leasing, Inc.
c/o Gregory A. Biegel
Garrick Switzer Long Balsley et al.
6833 Stalter Drive, 1st Floor
Rockford, IL  61108-2579

TD Banknorth Leasing Corporation
Two Portland Square
Portland, ME  04101-4088

THE National Bank
1800 McDonough Road, Suite 210
Hoffman Estates, IL  60192-4565

VW Credit, Inc.
P.O. Box 829009
Dallas, TX  75382-9009

ABCO Leasing
22232 17th Avenue S.E.
Suite 204
Bothell, WA  98021-7411

Academic Capital Group
5947 Reliable Parkway
Chicago, IL  60686-0001

American Honda Finance
P.O. Box 168088
Irving, TX  75016-8088

Aero Express
N719 State Road 67
Ixonia, WSI  53036

AFLAC
1932 Wynnton Road
Columbus, GA  31999-0797

AGSCO
160 W. Hintz Road
Wheelingt, IL  60090-5755

All Control
1644 Cambridge Drive
Elgin, IL  60123-1143

Alpine Bearing
298 Lincoln Street
Alston, MA  02134-1319

Alster Machining
4243 W. Diversey Avenue
Chicago, IL  60639-2002

ALTEC Capital (Quail Capital)
33 Inverness Center Parkway
Suite 200
Birmingham, AL  35242-7642

American Bank-NC
8510 McAlpine Park Drive
Suite 210
Charlotte, NC  28211-6250

Amerigas
Dept. 0140
Palatine, IL  60055-0140

ARC Disposal
2101 S. Busse Road
Mt. Prospect, IL  60056-5566

Associated Bank
200 N. Adams
Green Bay, WI  54301-5174

AT & T
P.O. Box 8220
Aurora, IL  60572-8220

AT & T Mobility
P.O. Box 30218
Los Angeles, CA  90030-0218

Atlas
P.O. Box 428
Palatine, IL  60078-0428

Volkswagen Credit Union
1401 Franklin Boulevard
Libertyville, IL  60048-4460

Advanced Wireless Semiconductor Co.
No. 6 DA-LI 1st Rd
Tainan Science –Based Industrial PK
HSIN-SHI TAINAN County, Taiwan

Aeroflex Metelics-East
54 Grenier Field Road
Londonderry, NJ  03053-2046

American Express
P.O. Box 981540
El Paso, TX  79998-1540

American Express
P.O. Box 0001
Los Angeles, CA  90096-8000

American Express
P.O. Box 360002
Ft. Lauderdale, FL  33336-0002

David Anstett
18400 W. Belvidere Road
Grayslake, IL  60030-9205

Mark Anstett
1111 Estate Lane
Lake Forest, IL  60045-3619

Luis Arcos
1115 Miller Lane
Apt. 204
Buffalo Grove, IL  60089-4249

Bank of the West
473 Sansome Street
29th Floor
San Francisco, CA  94111-3112

Bensman Group
2333 Waukegan Road, Suite 275
Bannockburn, IL  60015-1574

BlueCross BlueShield
P.O. Box 1186
Chicago, IL  60690-1186

Bruce Costello
5006 Carraige Lane
Santa Rosa, CA  95403-1365

Bryn Mawr
6 S. Bryn Mawr Avenue
Bryn Mar, PA  19010-3215

Bryton Engineering
1111 E. Warrenville Road
Naperville, IL  60563-1405

Burkert
7600 Hardin Drive
North Little Rock, AK  72117-1603

Balboa Leasing
2010 Main Street, 11th Floor
Irving, CA  92614-7273

Kyle Bennett
612 Belinder Lane, Apt. 2715
Schaumburg, IL  60173-5263

Shauntee Billups
1424 Millbrook Drive
Algonquin , IL  60102-2521

Shane Blocker
130 S. Pitt Street, Apt. 2
Carlisle, PA  17013-3424

Capital One
P.O. Box 6492
Carol Stream, IL  60197-6492

Carl Staehle Corp.
1840 Industrial Drive
Libertyville, IL  60048-9466

Ceramic Industries
P.o. Box 2600
Troy, MI  48007-2600

Chater National
P.O. Box 918
Streamwood, IL  60107-0918

Chubb & Sons, Inc.
c/o Soffer Rech & Borg LLP
48 Wall Street, 26th Floor
New York, NY  10005-2900

Cintas
1025 National Parkway
Schaumburg, IL  60173-5620

City Ornamental
254 N. State Street
Elgin, IL  60123-5453

Clearbrook
1835 W. Central Road
Arlington Heights, IL  60005-2410

Clickmail
1155 Triton Drive
Suite E
Foster City, CA  94404-1252

CM Financial
2333 Waukegan Road
Bannockburn, IL  60015-5508

ComEd
Attn:  Revenue Management Dept.
2100 Swift Drive
Oak Brook, IL  60523-1559

Comcast
P.O. Box 3001
Southeastern, PA  19398-3001

Community Bank
P.O. Box 146
Crooksville, OH  43731-0146

Compu-Solutions
4180 route 83
Suite 208A
Long Grove, IL  60047-9563

Continental
1221 Hartzell Street
New Havin, IN  46774-1418

Court Square
114 E. Lexington Street
Baltimore, MD  21264-0001

Crossroads Bank
1205 N. Cass Street
P.O. Box 259
Wabash, IN  46992-0259

Christopher B. Lega
Riemer & Braunstein LLP
71 S. Wacker Drive, Suite 3515
Chicago, IL  60606-4610

Pascual Conchas
8N768 Brimfield Drive
Elgin, IL  60124-8634

John B. Costello
5006 Carriage Lane
Santa Rosa, CA  95403-1365

DAC
125 West Orchid Street
Itasca, IL  60143-1764

Delta Industries
2201 Curtiss Street
Downers Grove, IL  60515-4010

Digital Hub
1040 N. Halsted Street
Chicago, IL  60642-4222

Direct Energy
P.O. Box 643249
Pittsburgh, PA  15264-3249

Direct TV
P.O. Box 60036
Los Angeles, CA  90060-0036

Discover Financial Services LLC
P.O. Box 3025
New Albany, OH  43054-3025

Discover
P.O. Box 6103
Carol Stream, IL  60197-6103

Dynomax
965 Campus Drive
Mundelein, IL  60060

Thomas Davidson
3915 S. Wren Lane
Rolling Meadows, IL  60008-2960

Discover Bank
DFS Services LLC
P.O. Box 3025
New Albany, OH  43054-3025

Cody Doran
3946 N. Ravenswood Avenue
#406
Chicago, IL  60013-5679

Cory Doran
454 N. Aberdeen, Unit 3N
Chicago, IL  60642-7386

Richard Drucker
5701 W. Higgins
Chicago, IL  60630-2003

Elec Alcontrol
740 Industrial Road
Cary, IL  60013-3373

Environmental Futures
2210 W. Irving Park Road
Chicago, IL  60618-3806

Eyemed
P.O. Box 632530
Cincinnati, OH  45263-2530

Euclid Precision Grinding Co. Inc.
4896 E. 345th Street
Willoughby, OH  44094-4667

Farmers and Merchants Bank
41 S. First Street
Miamisburg, OH  45342-2871

FedEx
P.o. Box 371461
Pittsburgh, PA  15250-7461

First Community Bank
165 S. Randall Road
Elgin, IL  60123-5547

First DuPage Bank
P.O. Box 427
Westmont, IL  60559-0427

First Community Bank
165 S. Randall Road
Elgin, IL  60123-5547

First DuPage Bank
P.O. Box 427
Westmont, IL  60559-0427

Frist Leasing, Inc.
185 Commerce Drive
Fort Washington, PA  19034-2416

Flodyne
1000 Muirfield Drive
Hanover Park, IL  60133-5426

Fluid Power
110 Gordon Street
Elk Grove Village, IL  60007-1120

Fred Honkamp
4230 N. Oakland, #290
Milwaukee, WI  53211-2042

Freightquote
16025 W. 113th Street
Lenexa, KS  66219-5105

First Credit Funding LLC
5201 Olympic Drive NW
Suite 210
Gig Harbor, WA  98335-1778

George Ferguson
1521 E. Commerce Avenue
Carlisle, PA  17015-5166

Gis Venture
970 N. Oak Lawn Avenue
Suite 100
Elmhurst, IL  60126-1020

Global Contact
16 W. Main Street
Marlton, NJ  08053-2205

GMAC
P.O. Box 130424
Roseville, MN  55113-0004

GMAC
P.o. Box 9001951
Louisville, KY  40290-1951

Gonia Consulting
1301 Clear Springs Trace
Suite 200
Louisville, KY  40223-3855

Grindal
1551 E. Industrial Drive
Itasca, IL  60143-1861

Grob, Inc.
1731 10th Avenue
Grafton, WI  53024-2401

Carlos Garcia
1993 N. Heritage Circle
Palatine, IL  60074-1412

Martin Garcia
1993 N. Heritage Circle
Palatine, IL  60074-`412

Harris N.A.
P.O. Box 6201
Carol Stream, IL  60197-6201

Herold
P.O. Box 871185
Wasilla, AL  99687-1185

Home Depot
P.O. Box 6029
The Lakes, NV  88901-6029

8778022.4

Honeywell
12484 Collections Center Drive
Chicago, IL  60693-0124

Hopatcong
35 Byram Bay Road
Hopatcong, NJ  007843-1921

Hosting.com
P.O. Box 70309
Louisville, KY  40270-0309

HP Financial
420 Mountain Avenue
Murray Hill, NJ  07974-2736

Ice Mountain
P.O. Box 52214
Phoenix, AZ  85072-2214

ICI Paint
21033 Network Place
Chicago, IL  60673-1210

IMAC
1553 Commerce Drive
Elgin, IL  60123-9304

KCL, LLC
c/o P. Reid Lemasters
3 Linden Way
Wyoming, OH  45215-4208

KLC Financial
3 Linden Lane
Wyoming, OH  45215-4208

Tomasz Karasek
23 N. Yale Avenue
Villa Park, IL  60181-2340

Wojciech Karasek
715 Whitesail Drive
Schaumburg, IL  60194-3633

Kevin J. Simrad
Reimer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108-2003

Labor Network
565 Dundee Avenue
Elgin, IL  60120-3856

Lake Shore
575 McCorkle Boulevard
Westerville, OH  43082-8888

Lambda
3055 Del Sol Boulevard
San Diego, CA  92154-3474

Lamac Tech
525 W. Van Buren, Suite 1150
Chicago, IL  60607-3825

Leaf
P.O. Box 6444006
Cincinnati, OH  45264-0001

Leasing One Corporation
202 W. Main Street
Frankfort, KY 40601-1811

Locator Services
P.O. Box 75363
Baltimore, MD  21275-5363

Donald Lawson
8027 South Avalon
Chicago, IL  60619-4505

Leasing Innovations
261 North Highway 101
Solana Beach, CA  92075-1129

Victor Longoria
5545 E. Celebrity Circle
Hanover Park, IL  60133-5329

MAB Pant/Sherwin Williams
16W485  S.  Frontage  Road,  Suite
110
Burr Ride, IL  60527

Marlin Leasing
P.O. Box 13604
Philadelphia, PA  19101-3604

Matrix Business Technologies
P.O. Box 742501
Cincinnati, OH  45274-2501

McCloud
2500 W. Higgins Road
Hoffman Estates, IL  60169-7200

McCollister
P.O. Box 822685
Philadelphia, PA  19182-2685

McMaster Carr
P.O. Box 7690
Chicago, IL  60680-7690

Mercedes Benz Financial
P.O. Box 9001680
Louisville, KY  40290-1680

Mfg. News
1633 Central Street
Evanston, IL  60201-1569

Mfritzsche
3638 N. Hamilton Avenue
Chicago, IL  60618-4915

Michigan Heritage
28300 Orchard Lake Road
Suite 200
Farmington Hills, MI  48334-3704

MNT Leasing, Inc.
c/o Barbara L. Farley, Esq.
P.O. Box 53659
Philadelphia, PA  19105-3659

Motion Ind.
2380 United Lane
Elk Grove Village, IL  60007-6815

N.E.T.
4811 Lamar Avenue, Suite 4
Mission, KS  66202-1765

Nathan Thomas
5216 N. Pleasant View  Drive
McHenry, IL  60050-7600

National Lift Truck, Inc.
P.O. Box 5977
Carol Stream, IL  60197-5977

Neetek Systems Integration, Inc.
3182 Campus Drive
Suite 415
San Mateo, CA  94403-3123

Newmark
P.O. Box 94151
Palatine, IL  60094-4151

Nicor
P.O. Box 190
Aurora, IL  60507-0190

Nissan
P.O. Box 0548
Carol Stream, IL  60132-0548

Norman Equipment
9850 S. Industrial Drive
Bridgeview, IL  60455-2319

North Side Bank
4125 Hamilton Avenue
Cincinnati, OH  45223-2273

Northway State Bank
480 W. Center Street
Grayslake, IL  60030-7827

Nisan Motor Acceptance Corp.
P.O. Box 660366
Dallas, TX  75266-0366

OFC Credit
3585 Atlanta Avenue
Atlanta, GA  31193-4109

Peck Bloom Miller
105 W. Adams, 31st Floor
Chicago, IL  60603-6227

Pentech Financial Services, Inc.
240 E. Hacienda Avenue, Suite 100
Cambpell, CA  95008-6617

Peoples Gas
Chicago, IL  60687-0001

Peter Wolters
P.O. Box 516514
Los Angeles, CA  90051-7801

Pisco
100 Leland Court, Unit A
Bensenville, IL  60106-1603

Pitney Bowes
P.O. Box 856390
Louisville, KY  40285-6390

Pre-Paid Legal
P.O. Box 2629
Ada, OK  74821-2629

Principal
P.O. Box 10372
Des Moines, IA  50306-0372

Pro-Line
716 N. Edgewood Avenue
Wood Dale,, IL  60191-1259

Jennifer Podraza
304 Kosan Circle
Streamwood, IL  60107-1122

Quill
P.O. Box 37600
Philadelphia, PA  19101-0600

Reliance Standard
P.O. Box 3124
Southeastern, PA  19398-3124

Reid Supply
2265 Black Creek Road
Muskegan, MI  49444-2673

Revere 2
3866 Paysphere Circle
Chicago, IL  60674-0038

Red Oak Acquisition Fund V LLC
350 N. St. Paul Street, Suite 2900
Dallas, TX  75201-4234

Rockford Capital Leasing Inc.
c/o Gregory A. Biegel
Barrick Switzer Long Balsley
  & Van Evera
6833 Stalter Drive, 1st Floor
Rockford, IL  61108-2579

Signs Now
1300 B Remington Road
Schaumburg, IL  60173-4800

Sprint
P.O. Box 291554
Kansas City, MO  64121-9554

State Comptroller – Texas
P.O. Box 149348
Austin, TX  78714-9348

State Farm
9140 Waukegan Road
Morton Grove, IL  60053-2124

Suntrust Leasing Corp.
29 W. Susquehanna Avenue
Suite 400
Towson, MD  21204-5215

Susquehanna Commercial
1566 Medical Drive, Suite 201
Pottstown, PA  19464-3229

Sydor Optics
31 Jet View Drive
Rochester, NY  14624-4903

Wilbur Smith
231 Old Town Road
Gardners, PA  17324-9098

Sprint Nextel Correspondence
Attn:  Bankruptcy Department
P.O. Box 7949
Overland Park, KS  66207-0949

Sprint Nextel Distribution
Attn:  Bankruptcy Department
P.O. Box 3326
Englewood, CO  80155-3326

Brandon Stone
524 N. Airlite Street
Elgin, IL  60123-2678

Tech-Asisst
3700 Palomar Lane
Austin, TX  78727-3034

Tiger Drylac
3855 Swenson Avenue
St. Charles, IL  60174-3437

Tomas Traxmandl
2619 N. 74th Avenue
Elmwood Park, IL  60707-1938

Town and Country Leasing
P.O. Box 820116
Philadelphia, PA  19182-0116

Nathan Thomas
5216 N. Pleasant View Drive
McHenry, IL  60050-7600

Prism Business Solutions LLC
4974 S. Rainbow Boulevard, Suite
100
Las Vegas, NV  89118-1413

Uline
2105 S. Lakeside drive
Waukegan, IL  60085-8308

Used Equipment Directory
3700 Palomar Lane
Austin, TX  78727-3034

Valtech Corp.
2113 Sanatoga Station Road
Pottstown, PA  19464-3275

Verilease
P.O .Box 314
Highland Park, IL  60035-0314

Veterans Messenger
P.O. Box 66973
Chicago, IL  60666-0973

Village of Palatine
200 E. Wood Street
Palatine, IL  60067-5339

Vonlehman
4755 Lake Forest Drive
Cincinnati, OH  45242-3858

Martin Vavrich
275 E. Lincoln Avenue
Glendale Heights, IL  60139-2616

Waukegan Bank
1324 Golf Road
Waukegan, IL  60087-4831

Wafer Technology Ltd.
34 Maryland Road
Tongwell, Milton Keynes, Bucks
MK15 8HJ, United Kingdom

Xerox
P.O. Box 802567
Chicago, IL  60680-2567

Xocomm
P.O. Box 7158
Pasadena, CA  91109-7158

Yellow Pages
Attn:  Listing Dept.
P.O. Box 411450
Melbourne, FL  32941-1450

GIS Rolling, L.L.C.
970 N. Oak Lawn Avenue
Suite 100
Elmhurst, IL  60126-1020

GIS Rolling, L.L.C.
c/o Darwin Realty & Development
Corporation
970 N. Oaklawn Avenue
Elmhurst, IL  60126

GIS Venture
c/o Darwin Realty & Development
Corporation
970 N. Oaklawn Avenue
Elmhurst, IL  60126

8778022.4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

**EQUIPMENT ACQUISITION RESOURCES, INC.**

Debtor.

**Chapter 11**
**Case No.   09-39937**

**Hon. John H. Squires**

**Hearing Date:  December 3, 2009**

**Hearing Time:  9:30 am**

## MOTION OF DEBTOR FOR AUTHORITY TO ABANDON REAL AND PERSONAL PROPERTY, SURRENDER REAL AND PERSONAL PROPERTY AND REJECT AND TERMINATE REAL AND PERSONAL PROPERTY LEASES ON SHORTENED NOTICE

EQUIPMENT ACQUISITION RESOURCES, INC., as debtor and debtor in possession (the "Debtor"), by and through its counsel, Arnstein & Lehr LLP, moves this Court for entry of an order: (1) authorizing it to abandon certain property of the estate on shortened notice; (2) authorizing it to surrender such property to its senior lien holder, Republic Bank, and any other claimed interests pursuant to 11 U.S.C. § 554 and Bankruptcy Rule 6007; (3) finding that the Debtor waives and surrenders any rights to or interest in such property and authorizing the Debtor not to take any further actions to preserve and protect the same; and (4) authorizing it to reject and terminate certain leases pursuant to 11 U.S.C. §365, Bankruptcy Rules 2002, 6006 and 9014 and Local Rule 9014-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois.  In support of this motion, the Debtor respectfully states as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

1

2.      Consideration of this motion is a core proceeding pursuant to 28 U.S.C. §
157(b).

3.      The statutory predicates for the relief requested with respect to
abandonment of property of the estate are 11 U.S.C. § 554 and Rule 6007 of the
Federal Rules of Bankruptcy Procedure.

4.      The statutory predicates for the relief requested with respect to rejection
and termination of leases are Section 365 of the United States Bankruptcy Code,
Federal Rules of Bankruptcy Procedure 2002, 6006 and 9014 and Local Rule 9014-1 of
the United States Bankruptcy Court for the Northern District of Illinois.

## BACKGROUND

5.      This case was commenced when the Debtor filed a voluntary petition for
relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code") on
October 23, 2009 (the "Petition Date").

6.      Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the
Debtor continues to manage its financial affairs as a debtor in possession.  No trustee,
examiner or committee has been appointed in this case.

7.      The Debtor is an Illinois Corporation, organized and existing under the
laws of the state of Illinois and operating in several buildings near its headquarters at
555 S. Vermont Street, Palatine, Illinois.

8.      Prior to commencement of this case, the Debtor purported to be a market
maker in the semiconductor manufacturing equipment sales and servicing industry.  The
Debtor marketed and sold technologically advanced equipment to customers throughout
the world.  The Debtor also purported to perform processing services for companies in
the semiconductor industry.

2

9.    The Debtor owns and/or leases more than 2000 pieces of semiconductor manufacturing equipment, other equipment, and parts (the "Equipment"). The Debtor is indebted to multiple lenders that hold liens on various pieces of equipment. Two lenders, Republic Bank and Norstates Bank, assert liens on and security interests in all of the assets of the Debtor, including cash. Republic is the senior lien holder and is owed approximately $6.67 million as of the Petition Date; Norstates Bank is owed approximately $9.06 million as of the Petition Date. The Debtor's secured debt totals, in the aggregate, approximately $135 million.

10.   On October 8, 2009, after it became apparent that the Debtor may have engaged in fraudulent activity, the members of the Debtor's board of directors and its officers resigned. The shareholders elected William A. Brandt, Jr. as the sole member of the board of directors and as the Chief Restructuring Officer (the "CRO"). The CRO filed the bankruptcy petition to manage the Debtor's assets for the benefit of all creditors.

11.   On or about October 27, 2009, the following entities quitclaimed certain real property to the Debtor which the Debtor had previously used as business offices, warehouses, and storage facilities (the "Real Property"):

12.

| Grantor | Property Description |
|---|---|
| Gerald Vermont Street, LLC | THE SOUTH 178 FEET OF LOT 15 IN KLEFSTAD'S PALATINE INDUSTRIAL PARK, BEING A SUBDIVISION OF THAT PART OF THE EAST HALF OF THE SOUTHWEST QUARTER OF SECTION 23, TOWNSHIP 42 NORTH, RANGE 10, EAST OF THE THIRD PRINCIPAL MERIDIAN LYING WEST OF THE WEST RIGHT OF WAY LINE OF STATE ROUTE NUMBER 53 (HICKS ROAD), IN COOK COUNTY, ILLINOIS.<br><br>PERMANENT REAL ESTATE INDEX NUMBERS: 02-23-313-034-0000<br><br>ADDRESS OF REAL ESTATE: 555 S. VERMONT STREET, PALATINE, ILLINOIS |
| Gerald Illinois I, LLC | LOTS 16, 17, 18 AND 19 IN WALTER'S RESUBDIVISION OF LOTS 1 TO 9, BOTH INCLUSIVE, LOTS 84 TO 91, BOTH INCLUSIVE, AND LOT 93 IN BLOCK 3 AND LOTS 1 TO 16, BOTH INCLUSIVE, IN BLOCK 5 IN ELECTRIC PARK SUBDIVISION IN THE SOUTH ½ OF SECTION 24, TOWNSHIP 40 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.<br><br>COMMONLY KNOWN AS: 3280 NORTH CALIFORNIA AVENUE, CHICAGO, ILLINOIS<br><br>PERMANENT REAL ESTATE INDEX NUMBERS: 13-24-314-062-0000,   13-24-316-016-0000;   13-24-316-017-0000; AND 13-24-316-018 |

Mortgages totaling in excess of $9 million were recorded against each piece of the Real Property prior to the Debtor's receipt and recording of the quitclaim deeds.  The Debtor has determined that there is no equity in the Real Property.

13.     Debtor is also a lessee under various non-residential leases, as amended from time to time (the "Warehouse Leases") for its other Illinois warehouses and storage facilities (the "Leased Warehouses") which are used to store the Equipment.   The

4

Leased Warehouses are more specifically described as follows:

| Lessor | Property Description |
|---|---|
| GIS Venture, Beneficiary and Holder of Power of Direction of DuPage National Bank u/t/n 1603, u/t/d/ 1/13/94 | 13,400 Square Foot Warehouse<br>601 S. Vermont Street<br>Palatine, Illinois 60067 |
| GIS Venture, Beneficiary and Holder of Power of Direction of DuPage National Bank u/t/n 1603, u/t/d/ 1/13/94 | 5,450 Square Foot Warehouse<br>629 S. Vermont Street<br>Palatine, Illinois 60067 |
| GIS Venture, Beneficiary and Holder of Power of Direction of DuPage National Bank u/t/n 1603, u/t/d/ 1/13/94 | 8,000 Square Food Warehouse<br>645 S. Vermont Street<br>Palatine, Illinois 60067 |
| GIS Rolling, L.L.C. | 8,000 Square Food Warehouse<br>649 S. Vermont Street<br>Palatine, Illinois 60067 |

14.    Since the Petition Date, the Debtor has met with appraisers to determine the value of its ownership and leasehold interests in the Equipment, which is located in Illinois at the Real Property and Leased Warehouses.  On or about November 18, 2009, the Debtor determined that its ownership and leasehold interests in the Equipment had no value or negligible value to the estate.  No appraiser is willing to sell the Equipment, except for a fixed fee and no appraiser will agree to a minimum price for the sale of the Equipment.

15.    The Debtor has ceased all operations at the Real Property and Leased Warehouses.  The Equipment is not necessary to accomplish a liquidation of the Debtor's assets and the Debtor's resources will be depleted by the costs of maintaining the Real Property, the Warehouse Leases, leasing of the Equipment (the "Equipment Leases"), and storing the Equipment for which there is no value to the Debtor's bankruptcy estate.

## RELIEF REQUESTED

16.    The Debtor seeks the entry of an order: (1) authorizing it to abandon all of

5

its ownership and leasehold interests in the Equipment, Real Property, and the Leased Warehouses on shortened notice; (2) authorizing it to surrender all of its ownership and leasehold interests in the Equipment, Real Property, and the Leased Warehouses to its senior lien holder, Republic Bank, and any other claimed interests pursuant to 11 U.S.C. § 554 and Rule 6007 of the Federal Rules of Bankruptcy Procedure; (3) finding that the Debtor waives and surrenders any rights to or interest in the Equipment, Real Property, and the Leased Warehouses and authorizing the Debtor not to take any further actions to preserve and protect the same; and (4) authorizing the Debtor to reject and terminate the Equipment Leases and Warehouse Leases pursuant to 11 U.S.C. §365(a).

## BASIS FOR RELIEF

### I. Abandoning Property of the Estate

17.    11 U.S.C. § 554 provides that upon the motion of the trustee or other party in interest the Court may, after proper notice and hearing, authorize a trustee "to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."  11 U.S.C. § 554(a) – (b).

18.    Rule 6007 of the Federal Rules of Bankruptcy Procedure provides that "the trustee or debtor in possession shall give notice of a proposed abandonment or disposition of property to the United States trustee, all creditors, indenture trustees, and committees elected pursuant to § 705 or appointed pursuant to § 1102 of the Code."

19.    Since the Petition Date, the CRO has been focusing on his discussions with various creditors regarding their respective rights to the Equipment.  The CRO has also been working closely with appraisers to determine the value of the Equipment.  As a result, the CRO has determined that no appraiser will sell the Equipment without payment of a substantial fee and that the Debtor's ownership and leasehold interests

in the Equipment are of inconsequential value and benefit to the estate.  The CRO has further determined that the Real Property has no equity and that the Real Property and Leased Warehouses are of inconsequential value and benefit to the estate.

20.    The Debtor therefore requests that the Court enter an order: (1) authorizing it to abandon its ownership and leasehold interests in the Equipment, Real Property, and Leased Warehouses; (2) authorizing it to surrender the same to its senior lien holder, Republic Bank, and any other claimed interests pursuant to 11 U.S.C. § 554 and Rule 6007 of the Bankruptcy Rules; and (3) finding that the Debtor waives and surrenders any rights to or interest in the Equipment, Real Property, and the Leased Warehouses and authorizing the Debtor not to take any further actions to preserve and protect the same.

## II. Rejection and Termination of Leases

21.    Section 365(a) of the Bankruptcy Code provides that a debtor may assume or reject any unexpired lease of the debtor.  11 U.S.C. § 365(a).  The right to reject an unexpired lease "serves to relieve the debtor of contractual obligations that are unduly burdensome" and "provides the counterpart with only a non-priority unsecured claim for the resulting damages."  *Precision Indus., Inc. v. Qualitech Steel SBQ*, 327 F.3d 537, 546 (7th Cir. 2003); *In re UAL Corp.*, 346 B.R. 456, 467 (Bankr. N.D.Ill. 2006).

22.    Section 365(d) (2) permits a debtor in possession that is party to an unexpired lease of personal property to determine whether to accept or reject a lease at "any time before the confirmation of a plan."  11 U.S.C. 365(d) (2).

23.    Section 365(d) (4) (A) permits a debtor in possession that is party to an unexpired lease of nonresidential real property 120 days to determine whether to

7

accept or reject a lease.  If the debtor does not elect to accept or reject a nonresidential

real property lease during this period, section 365(d)(4)(A) deems the lease rejected.

24.     Under the Bankruptcy Code, most courts apply a business judgment test

to evaluate a debtor in possession's decision to accept or reject a lease.  *See Orion*

*Pictures Corp. v. Showtime Networks, Inc.,* 4 F.3d 1095 (2nd Cir. 1993); *Richmond*

*Leasing Co. v. Capital Bank, N.A.*, 762 F.2d 1303 (5th Cir. 1985); *In re Prime Motors,*

*Inc.* 124 B.R. 378 (Bankr. S.D. Fla. 1991).

25.     Rejecting and terminating the Equipment Leases and Warehouse Leases

will not prejudice any party and is in the best interest of the estate. In fact, by rejecting

and terminating the foregoing leases, the Debtor is eliminating an administrative

expense claim that would not benefit the creditors of this estate given the Debtor's

desire to wind down its business operations on an expedited basis.

26.     The Debtor therefore requests that the Court enter an order authorizing it

to reject and terminate the Equipment Leases and Warehouse Leases pursuant to 11

U.S.C. § 365.

### NOTICE

27.     Pursuant to Rule 6007, Notice of this Motion has been given to: (a) the

Office of the United States Trustee; and (b) all creditors.   There are no indenture

trustees and no committee has been elected pursuant to § 705 or appointed pursuant to

§ 1102 of the Code.

28.     The Debtor has provided seven (7) days notice.  The Debtor requests that

the relief requested herein be provided on shortened notice.  The circumstances of this

case require that notice be shortened as the assets discussed herein are of no value to

the estate or the Debtor, and the costs to preserve the assets continue to accrue to

8

the detriment of the estate. The assets are either subject to lien or ownership of third parties. In light of the foregoing, the Debtor submits that no further notice need to be given.

## CONCLUSION

WHEREFORE, the Debtor respectfully requests that this Court enter an order on shortened notice:

(1)    authorizing it to abandon all of its ownership and leasehold interests in the Equipment, Real Property, and the Leased Warehouses;

(2)    authorizing it to surrender all of its ownership and leasehold interests in the Equipment, Real Property, and the Leased Warehouses to its senior lien holder, Republic Bank, and any other claimed interests pursuant to 11 U.S.C. § 554 and Rule 6007 of the Federal Rules of Bankruptcy Procedure;

(3)    finding that the Debtor waives and surrenders any rights to or interest in the Equipment, Real Property, and the Leased Warehouses and authorizing the Debtor not to take any further actions to preserve and protect the same;

(4)    authorizing the Debtor to reject and terminate the Equipment Leases and Warehouse Leases pursuant to 11 U.S.C. §365(a); and

(5)    granting such other relief as this Court may deem just and proper.

Dated: November 25, 2009

Respectfully submitted,
Equipment Acquisition Resources, Inc.
Debtor and Debtor-in-Possession

By:    /s/ Barry A. Chatz
       One of its attorneys

9

Barry A. Chatz (06196639)
Konstantinos Armiros (00664000)
Miriam R. Stein (06238163)
Robert A. McKenzie (6293346)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Telephone: 312.876.7100
Facsimile: 312.876.0288

10