File No. 1721-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| EQUIPMENT ACQUISITION ) | |
| RESOURCES, INC. ) | Case No. 09-39937 |
| ) | |
| Debtor. ) | Judge John H. Squires |
| ) | |

### ORDER MODIFYING AUTOMATIC STAY

This cause coming on to be heard upon the Motion to Modify Automatic Stay filed by Susquehanna Commercial Finance, Inc. ("Susquehanna"). Due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED: That the Automatic Stay against Susquehanna is modified pursuant to Section 362(d) of the United States Bankruptcy Code as to the following equipment: *(1)2005 DFD 651 Dual Spindle Dicing Saw S/N HW2659 and (1) Speedfam CMP Polisher with Robot Loader/Unloader, Serial No. SP-AA2010-909ZT.*

DATED: _December 10_, 2009

ENTER:

_____
Judge

Noonan & Lieberman Ltd.
Attorneys for Susquehanna
105 W. Adams Street, Suite 3000
Chicago, Illinois 60603
(312) 431-1455

**PREVAILING PARTY SHALL FORTHWITH SERVE A COPY OF THIS ORDER ON THE DEBTOR(S) AND ALL PARTIES ENTITLED TO NOTICE.**