**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**EQUIPMENT ACQUISITION RESOURCES, INC.**<br><br>Debtor. | **Chapter 11**<br>**Case No. 09-39937**<br><br>Hon. John H. Squires |

### ORDER GRANTING MOTION OF DEBTOR FOR AUTHORITY TO ABANDON PROPERTY OF THE ESTATE

Upon the motion of EQUIPMENT ACQUISITION RESOURCES, INC., as debtor and debtor in possession (the "Debtor"), for entry of an order: (1) authorizing it to abandon certain property of the estate; (2) authorizing it to surrender such property to its senior lien holder, Republic Bank, and any other claimed interests pursuant to 11 U.S.C. § 554 and Bankruptcy Rule 6007; (3) finding that the Debtor waives and surrenders any rights to or interest in such property and that it will not take any further actions to preserve and protect the same; and (4) authorizing it to reject and terminate certain leases pursuant to 11 U.S.C. §365, Bankruptcy Rules 2002, 6006 and 9014 and Local Rule 9014-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois; the Debtor having shown cause for entry of such order;the Court finding that notice provided herein is adequate and appropriate under the circumstances; and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to 11 U.S.C. § 554 and Bankruptcy Rule 6007 the Debtor is authorized to and hereby does abandon all of its ownership and leasehold interests in the Equipment[1], Real Property, and the Leased Warehouses;

---

[1] Capitalized terms in this order shall have the same meaning as in the Debtor's Motion.

2. The Debtor is authorized to and hereby does surrender all of its ownership and leasehold interests in the Equipment, Real Property, and the Leased Warehouses to all parties with claimed interests pursuant to 11 U.S.C. § 554 and Rule 6007 of the Federal Rules of Bankruptcy Procedure or otherwise;

3. This Court finds that the Debtor waives and surrenders any rights to or interest in the Equipment, Real Property, and the Leased Warehouses and authorizes the Debtor not to take any further actions to preserve and protect the same; and

4. The Debtor is authorized to and hereby does reject and terminate the Equipment Leases and Warehouse Leases pursuant to 11 U.S.C. §365(a)

Dated: DEC 10 2009          ENTER: _____ 12/31/9

_____
UNITED STATES BANKRUPTCY JUDGE

5. Equipment lessors and secured lenders are granted relief from the automatic stay effective 12/31/09 to proceed with their rights under applicable law.

8778022.4