## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EQUIPMENT ACQUISITION RESOURCES, INC. | ) | Case No. 09-39937 |
| | ) | |
| | ) | Hon. John H. Squires |
| Debtor. | ) | |

### ORDER GRANTING MOTION OF BANK OF JACKSON HOLE FOR RELIEF FROM THE AUTOMATIC STAY

THIS MATTER COMING TO BE HEARD upon the Bank of Jackson Hole's (the "Bank")'s Motion For Relief From the Automatic Stay; due and proper notice of the Motion having been given; the Court having found that there is a basis for granting the relief requested; and the Court having jurisdiction over this core proceeding and being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The automatic stay is modified pursuant to 11 U.S.C. § 362(d) in favor of Bank of Jackson Hole (the "Bank") to allow the Bank to foreclose upon its security interest in the property commonly known as 50 Sagebrush Dr., Jackson Hole, Wyoming, 83001 (P.I.N. No. 22-42-16-27-3-02-006) (the "Property") and to exercise all other remedies it may possess as to the Property, including applying the proceeds of any sale to reduce its claims against the Debtor.

3. The automatic stay imposed by Fed. R. Bankr. P. 4001(a)(3) is hereby nullified and the Bank may begin to immediately enforce its rights.

ENTERED:

_____
Honorable John H. Squires
UNITED STATES BANKRUPTCY JUDGE

Dated: ~~January ___, 2010~~

**JAN 28 2010**

PREVAILING PARTY SHALL FORTHWITH SERVE A COPY OF THIS ORDER ON THE DEBTOR(S) AND ALL PARTIES ENTITLED TO NOTICE.

2