# UNITED STATES BANKRUPTCY COURT
# FOR THE NOTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EQUIPMENT ACQUISITION RESOURCES, INC. | ) ) ) | Case No.: 09 B 39937 |
| | ) | |
| Debtor. | ) | Hon. John H. Squires |
| | ) ) | Date: March 30, 2010 |
| | ) | Time: 9:30 a.m. |

## NOTICE OF MOTION

To:     See Attached Service List

PLEASE TAKE NOTICE that on **March 30, 2010 at 9:30 a.m.** or as soon thereafter as counsel may be heard, we will appear before Hon. John H. Squires, or any other judge sitting in his stead, in Courtroom 680 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached **MOTION FOR JOINT HEARING ON ADEQUACY OF DISCLOSURE STATEMENT AND CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION**, at which time and place you may appear as you see fit.

**EQUIPMENT ACQUISITION RESOURCES, INC., debtor and debtor in possession**

By:  /s/ Kevin H. Morse                                   .
       One of its Attorneys

Barry A. Chatz (06196639)
Miriam R. Stein (06238163)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

I, Kevin H. Morse, an attorney, certify that I caused a copy of the Notice of Motion and Motion to be served on the parties listed on the attached Service List to those parties receiving notification by participation in the Court's ECF system, as indicated on the attached Service List, on March 25, 2010.

By:     /s/ Kevin H. Morse

# **SERVICE LIST**

William T Neary
USTPRegion11.ES.ECF@usdoj.gov

Margaret M Anderson on behalf of Creditor SG Equipment Finance USA Corp.
panderson@fhslc.com, cjelks@fhslc.com;kmarietta@fhslc.com;acotter@fhslc.com

Gabriel B Antman on behalf of Creditor OFC Capital Corporation
gbantman@msn.com

George P Apostolides on behalf of Debtor Equipment Acquisition Resources, Inc.
gpapostolides@arnstein.com

Thomas V Askounis on behalf of Creditor First Premier Capital LLC
taskounis@askounisdarcy.com, jburt@askounisdarcy.com

Richard M Bendix on behalf of Creditor Fifth Third Bank (Chicago)
rbendix@dykema.com, nrakunas@dykema.com

John A Benson on behalf of Creditor Libertville Bank & Trust Company
john@bitlaw.org

Gregory A Biegel on behalf of Creditor Rockford Capital Leasing, Inc.
gbiegel@bslbv.com

Stephen T. Bobo on behalf of Creditor ICON EAR, LLC
sbobo@reedsmith.com

Francis X Buckley on behalf of Creditor Charter National Bank and Trust
fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com

Paul W Bullard on behalf of Creditor GIS Rolling, L.L.C.
paul@mamattorneys.com

Kurt M Carlson on behalf of Creditor Comerica Bank
kcarlson@muchshelist.com, dmyer@muchshelist.com

W. Kent Carter on behalf of Creditor First Credit Funding LLC
wcarter@clarkhill.com, estoneking@clarkhill.com

Aaron B Chapin on behalf of Creditor ICON EAR, LLC
achapin@reedsmith.com

Barry A Chatz on behalf of Debtor Equipment Acquisition Resources, Inc.
bachatz@arnstein.com

Rosanne Ciambrone on behalf of Creditor Peoples National Bank of Kewanee
rciambrone@duanemorris.com

Scott R Clar on behalf of Creditor The North Side Bank & Trust Company
sclar@craneheyman.com,
mjoberhausen@craneheyman.com;asimon@craneheyman.com

Monette W Cope on behalf of Creditor Farmers and Merchants Bank
mcope@weltman.com, suwilliams@weltman.com;smusil@weltman.com

Alex Darcy on behalf of Creditor First Premier Capital LLC
adarcy@askounisdarcy.com

Shelly A. DeRousse on behalf of Creditor THE National Bank
sderousse@stahlcowen.com, cgarcia@stahlcowen.com

Debra R Devassy on behalf of Creditor First Premier Capital LLC
ddevassy@askounisdarcy.com

Jeremy M Downs on behalf of Creditor American Bank, FSB
jeremy.downs@goldbergkohn.com, kristina.bunker@goldbergkohn.com

Dennis A Dressler on behalf of Creditor Sovereign Bank
ddressler@dresslerpeters.com

Bryan K Duplechain on behalf of Creditor Coactiv Capital Partners, Inc.
bduplechain@sanchezdh.com

Richard C Friedman on behalf of U.S. Trustee William Neary
USTPRegion11.es.ecf@usdoj.gov, richard.c.friedman@usdoj.gov

Jeffrey L. Gansberg on behalf of Creditor Comerica Bank
jgansberg@muchshelist.com

Maria Georgopoulos on behalf of Creditor Nissan-Infiniti LT
nd-four@il.cslegal.com

Heather M Giannino on behalf of Creditor Bayview Loan Servicing, LLC
heathergiannino@hsbattys.com

Ronald E Gold on behalf of Creditor The North Side Bank & Trust Company
rgold@fbtlaw.com, ahammerle@fbtlaw.com

Karen R Goodman on behalf of Creditor VELOCITY FINANCIAL GROUP, INC.
kgoodman@shefskylaw.com, sfdocket@shefskylaw.com

John W Guzzardo on behalf of Creditor Stefan Sydor Optics, Inc.
jguzzardo@shawgussis.com

Steve Jakubowski on behalf of Creditor Crossroads Bank
sjakubowski@colemanlawfirm.com

Gregory J Jordan on behalf of Creditor Sheldon Player
gjordan@jka-law.com

David A. Kallick on behalf of Creditor Republic Bank Of Chicago
dkallick@tishlerandwald.com

Alexander D Kerr on behalf of Creditor Republic Bank Of Chicago
akerr@tishlerandwald.com, bmurzanski@tishlerandwald.com

Frank Kladis on behalf of Creditor Charter National Bank and Trust
fkladis@rfd-law.com

Christopher B Lega on behalf of Creditor TD Banknorth Leasing Corporation
clega@riemerlaw.com, jganz@riemerlaw.com

Mitchell Lieberman on behalf of Creditor Susquehanna Commercial Finance, Inc
mlieberman@noonanandlieberman.com,
knoonan@noonanandlieberman.com;igarza@noonanandlieberman.com;sneedham@noonanandlieberman.com

Brian H Meldrum on behalf of Creditor Leasing One Corporation
bmeldrum@stites.com

Kevin Murnighan on behalf of Creditor Millennium Bank
kevin@careyfilter.com

Matthew A Olins on behalf of Creditor Peoples National Bank of Kewanee
maolins@duanemorris.com

Mary E Olson on behalf of Creditor NorStates Bank
molson@wildman.com, fleming@wildman.com;ecf-filings@wildman.com

Raymond J Ostler on behalf of Creditor FirstLease, Inc.
rostler@gsgolaw.com

Elizabeth Gayle Peterson on behalf of Creditor SG Equipment Finance USA Corp.
epeterson@fhslc.com, docket@fhslc.com

James M Philbrick on behalf of Creditor GMAC

jmphilbrick@att.net

Gabriel Reilly-Bates on behalf of Creditor VELOCITY FINANCIAL GROUP, INC.
gbates@shefskylaw.com, sfdocket@shefskylaw.com

Todd A Rowden on behalf of Creditor Charter National Bank and Trust
trowden@tcfhlaw.com, mburt@tcfhlaw.com;ckaufmann@tcfhlaw.com

David E Runck on behalf of Creditor Minnwest Bank
david.runck@fmjlaw.com

Ryan T Schultz on behalf of Creditor SG Equipment Finance USA Corp.
rschultz@fhslc.com, docket@fhslc.com

Morgan M. Smith on behalf of Creditor Fifth Third Bank (Chicago)
mmsmith@dykema.com, truckman@dykema.com

Catherine L Steege on behalf of Creditor Bank of Jackson Hole
csteege@jenner.com, docketing@jenner.com

Miriam R. Stein on behalf of Debtor Equipment Acquisition Resources, Inc.
mrstein@arnstein.com, jbmedziak@arnstein.com

Brian Ira Tanenbaum on behalf of Creditor Libertville Bank & Trust Company
brian@bitlaw.org

Gloria C Tsotsos on behalf of Creditor Nissan Motor Acceptance Corporation
nd-three@il.cslegal.com

Michael B Weininger on behalf of Creditor Citizens Bank & Trust Co. of Chicago
mweininger@lw-llp.com, cpotter@lw-llp.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EQUIPMENT ACQUISITION RESOURCES, INC. | ) ) | Case No.: 09 B 39937 |
| | ) | |
| Debtor. | ) | Hon. John H. Squires |
| | ) | |
| | ) ) | Date: March 30, 2010 Time: 9:30 a.m. |

**MOTION FOR JOINT HEARING ON ADEQUACY OF DISCLOSURE STATEMENT
AND CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION**

Equipment Acquisition Resources, Inc., debtor and debtor in possession ("Debtor"), by and through its attorneys, Arnstein & Lehr LLP, respectfully requests that this Court set a joint hearing on the adequacy of the Debtor's Disclosure Statement and for confirmation of the Debtor's Plan of Reorganization. In support thereof, the Debtor states as follows:

**JURISDICTION**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. §157(b).

**BACKGROUND**

2. On October 23, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"). On the same date, the Debtor filed its Bankruptcy Schedules and Statement of Financial Affairs.

2

3.	Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate its business and manage its financial affairs as a debtor in possession.  No trustee, examiner or committee has been appointed in this case.

4.	The Debtor is an Illinois Corporation, organized and existing under the laws of the state of Illinois and operating in several buildings near its headquarters at 555 S. Vermont Street, Palatine, Illinois.

5.	Prior to commencement of this case, the Debtor purported to be a market maker in the semiconductor manufacturing equipment sales and servicing industry.  The Debtor marketed and sold technologically advanced equipment to customers throughout the world.  The Debtor also purported to perform processing services for companies in the semiconductor industry.

6.	The Debtor owned and/or leased numerous pieces of semiconductor manufacturing equipment.  The Debtor has subsequently abandoned its interest in this equipment pursuant to Court order dated December 10, 2009.

7.	On October 8, 2009, after it became clear that the Debtor may have engaged in fraudulent activity, the members of the Debtor's board of directors and its officers resigned.  The shareholders elected William A. Brandt, Jr. as the sole member of the board of directors and as the Chief Restructuring Officer (the "CRO").  The CRO filed the instant petition to manage the Debtor's assets for the benefit of all creditors.

8.	On March 19, 2010, the Debtor timely filed its Disclosure Statement and Plan of Liquidation ("Plan").

### RELIEF REQUESTED

9.  The Debtor requests that a joint hearing be held on the adequacy of the Disclosure Statement and confirmation of the Plan. The Debtor also proposes that a deadline for submission of ballots be set ("Balloting Deadline") and that creditors holding Class 3 claims (unsecured creditors) be required to submit ballots, pursuant to the Plan, by the Balloting Deadline.

10. Upon confirmation of the Debtor's Plan, the Debtor's assets will be transferred to a Creditor Trust and the Creditor Trustee will begin to liquidate the Debtor's assets and make distributions to unsecured creditors. The Plan also provides for the Creditor Trustee to pursue certain litigation claims for the benefit of the estate.

11. As the Debtor's unsecured creditors are the only claimants entitled to vote on the Plan, and are expected to support the Plan, a joint hearing on the adequacy of the Disclosure Statement and confirmation of the Plan is in the best interest of the estate. A joint hearing will expedite the Debtor's liquidation and allow the Creditor Trustee to immediately begin the claim objection process and prosecute the necessary litigation claims.

WHEREFORE, the Debtor respectfully requests that the Court:

A.  Set a joint hearing on adequacy of the disclosure statement and confirmation of the Plan of Reorganization; and

B.    Grant such other and further relief as the Court finds proper and just.

**EQUIPMENT ACQUISITION RESOURCES, INC., debtor and debtor in possession**

By: /s/ Kevin H. Morse
      One of its Attorneys

Barry A. Chatz (06196639)
Miriam R. Stein (06238163)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288