UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 09-39937
EQUIPMENT ACQUISITION )
RESOURCES, INC., ) Chapter: 11
)
) Honorable John H. Squires
)
)
Debtor(s) )

## ORDER DISALLOWING CLAIM OF NORSTATES BANK (CLAIM NO. 96)

This matter coming to be heard on the Objection to Claim of NORSTATES BANK pursuant to 11 U.S.C. Sec. 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure; the Court having considered the objection and being otherwise fully advised in the premises; the Court finding that good and sufficient notice of the objection has been given and the Court concluding that good cause exists for the entry of this order;

IT IS HEREBY ORDERED THAT:

1. The objection to Claim No. 96 is sustained.

2. The proof of claim filed by NORSTATES BANK in the above-captioned bankruptcy case, designated as Claim No. 96, is disallowed as a secured claim.

3. To the extent that Claimant liquidated its collateral and reduced its deficiency debt, it should amend its claim accordingly.

Enter: *[signature]*

Honorable John H. Squires
United States Bankruptcy Judge

Dated: NOV 03 2011

**Prepared by:**

Barry A. Chatz (06196639)
Miriam R. Stein (06238163)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
p. 312-876-7100 - f. 312-876-0288

Rev: 201100318_bko