UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| EQUIPMENT ACQUISITION | ) | Case No. 09 B 39937 |
| RESOURCES, INC. | ) | |
| | ) | Hon. Donald R. Cassling |
| Debtor. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **April 4, 2017 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Donald R. Cassling, Bankruptcy Judge, or such other judge as may be sitting in his/her stead, in courtroom 619, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the **PLAN ADMINISTRATOR'S MOTION TO APPROVE SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE WITH TD EQUIPMENT FINANCE, INC., SUCCESSOR BY MERGER TO TD BANKNORTH LEASING CORPORATION** at which time and place you may appear as you see fit.

Dated:  March 10, 2017

Respectfully submitted,

WILLIAM A. BRANDT, JR., acting solely in his capacity as the Plan Administrator for Equipment Acquisition Resources, Inc.

By:  *J. Maxwell Beatty*
One of his attorneys

Allan B. Diamond
Texas Bar No. 05801800 *(pro hac vice)*
J. Maxwell Beatty
Texas Bar No. 24051740 *(pro hac vice)*
Diamond McCarthy LLP
909 Fannin Street, Suite 1500
Houston, TX 77010
Telephone: 713-333-5100
Facsimile: 713-333-5199

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| EQUIPMENT ACQUISITION | ) | Case No. 09 B 39937 |
| RESOURCES, INC. | ) | |
| | ) | Hon. Donald R. Cassling |
| Debtor. | ) | |

**PLAN ADMINISTRATOR'S MOTION TO APPROVE SETTLEMENT**
**PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE WITH TD EQUIPMENT FINANCE, INC., SUCCESSOR BY MERGER**
**TO TD BANKNORTH LEASING CORPORATION**

William A. Brandt, Jr. ("**Brandt**" or the "**Plan Administrator**"), acting solely in his

capacity as the Plan Administrator for the estate of Equipment Acquisition Resources, Inc.

("**EAR**" or "**Debtor**"), by his attorneys at Diamond McCarthy, LLP, hereby moves this Court

pursuant to Federal Rule of Bankruptcy Procedure 9019 for an order approving the Settlement

Agreement between Brandt and TD Equipment Finance, Inc., successor by merger to TD

Banknorth Leasing Corporation ("**TDB**").   In support of this motion (the "**Motion**"), Brandt

states as follows.

## I.      JURISDICTION AND VENUE

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue is proper in this Court under

28 U.S.C. §§ 1408 and 1409.  Relief can be granted to Brandt under 11 U.S.C. § 105 and Rule

9019.

## II.   BACKGROUND

### A.   *The Debtor*

2.       On October 23, 2009, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court (the "**Petition Date**").   This Court approved the Debtor's Second Amended Plan of Liquidation (the "**Plan**") by Order dated July 15, 2010 [#322].

3.       Pursuant to the terms of the Plan, the Debtor executed the Plan Administrator Agreement, naming Brandt as Plan Administrator of the Debtor.

4.       The Plan expressly retained the Debtor's Litigation Claims, as defined in Plan ¶1.43.   Under the terms of the Plan and the Plan Administrator Agreement, Brandt has the responsibility and right to pursue litigation claims on behalf of the Debtor, including the claims against TDB.

### B.   *TDB*

5.       Between July 5, 2007 and September 16, 2008, EAR and TDB entered a master lease agreement, together will all subsequent modifications, amendments, ancillary documents and associated schedules (the "**Leases**").

6.       TDB filed a proof of claim in EAR's bankruptcy estate in the amount of $8,431,212.60 (Claim No. 91).

7.       On December 8, 2011, Brandt filed an adversary proceeding against TDB, case no. 11 A 2582, seeking the avoidance and recovery of certain transfers made by the Debtor.   The adversary complaint alleges that TDB received payments of $6,187,281.11 related to the leases from August 2007 through September 2009 (the "**Transfers**").   During the adversary proceeding, the Court entered an order dismissing claims relating to certain transfers totaling

$2,827,054.84. The TDB adversary proceeding seeks the avoidance and recovery of the remaining $3,360,226.27 in Transfers under 11 U.S.C. § 548(a)(1)(a), 11 U.S.C. § 547, 740 ILCS 160/5(a)(1), and 11 U.S.C. § 550.

8.      TDB has denied the material allegations of the complaint and asserted affirmative defenses.

### III.      TERMS OF SETTLEMENT

9.      With a view toward maximizing the recoverable value of Brandt's claims, in furtherance of broader efforts to facilitate the estate's distribution of funds, and to otherwise avoid the time, expense, and uncertainty of litigation, based upon his business judgment, Brandt seeks the approval of the Settlement Agreement and Mutual Release with TDB (the "**Settlement Agreement**").

10.     Brandt, subject to this Court's approval, has agreed to settle the claims against TDB for a one-time payment of $1,700,000.00, with mutual releases as set forth in the Settlement Agreement, a copy of which is attached hereto as **Exhibit A**.  The Settlement Agreement also provides that TDB will withdraw its proof of claim and waive all rights that it may have to file a proof of claim in EAR's bankruptcy estate in the future.

### IV.      ARGUMENT

#### A.      *The 9019 Order*

##### i.  *The Standard for Approval of Settlement Agreements*

11.     Compromise and settlement have long been an inherent component of the bankruptcy process.  *See Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 424 (1958) (citing *Case v. Los Angeles Lumber Prods. Co.*, 308 U.S. 106, 130 (1939)).  Rule 9019 provides:

(a) COMPROMISE.  On motion by the trustee and after notice and a
hearing, the court may approve a compromise or settlement. Notice
shall be given to creditors, the United States Trustee, the debtor, and
indenture trustees as provided in Rule 2002 and to any other entity as
the Court may direct.

12.     Compromises are favored in bankruptcy and public policy favors compromise
because litigation "can occupy a court's docket for years on end, depleting resources of the
parties and the taxpayers while rendering meaningful relief elusive." *In re Grau*, 267 B.R. 896,
899 (Bankr. S.D. Fla. 2001) (quoting *Matter of Munford, Inc.*, 97 F.3d 449, 455 (11th Cir. 1996).
"Approval of a settlement is committed to the court's sound discretion." *In re Commercial Loan
Corp.*, 316 B.R. 690, 697 (Bankr. N.D. Ill. 2004).  Brandt asks the Court to exercise its authority
and discretion and, based on the standards for the approval of compromises under Rule 9019,
approve the Settlement Agreement.

13.     The paramount question in approving a bankruptcy settlement is whether the
compromise is in the best interests of the estate.  *E.g.*, *In re Andreuccetti*, 975 F.2d 413, 421 (7th
Cir. 1992).  The "linchpin" of this examination is "a comparison of the value of the settlement
with the probable costs and benefits of litigating." *In re Doctors Hosp. of Hyde Park, Inc.*, 474
F.3d 421, 426 (7th Cir. 2007).  Factors that the Court should consider include "the litigation's
probability of success, complexity, expense, inconvenience, and delay, including the possibility
that disapproving the settlement will cause wasting of assets." *Id.* (internal quotations omitted).

14.     In conducting such an analysis, "a precise determination of likely outcomes is not
required, since 'an exact judicial determination of the values in issue would defeat the purpose of
compromising the claim.'" *In re Telesphere Communications, Inc.*, 179 B.R. 544, 553 (Bankr.
N.D. Ill. 1994) (quoting *In re Energy Coop, Inc.*, 886 F.2d 921, 927 (7th Cir. 1989)).  Instead, the
court must determine if the "settlement falls within the reasonable range of possible litigation

outcomes." *In re Doctors Hosp. of Hyde Park, Inc.*, 474 F.3d at 426.  The standard is not met

"only if a settlement falls below the low end of possible litigation outcomes." *Id.*

### ii.  The Settlement Agreement is Fair and Equitable

15.    Brandt has analyzed the claims against TDB and believes that the Settlement

Agreement is reasonable and equitable considering all the relevant factors.  In reaching the terms

of the proposed settlement, Brandt compared the value of the settlements with the costs and

benefits of continued litigation.   Based on this analysis, Brandt believes that the Settlement

Agreement is in the best interests of the estate.

### 1.  *Probability of Success in the Litigation*

16.    TDB has asserted multiple affirmative defenses, including the statutory good faith

defense provided by the Illinois Uniform Fraudulent Transfer Act and 11 U.S.C. § 548(c).

Considering the uncertainty and contingency involved in the litigation against TDB and the costs

associated with continued litigation relative to the total value of the claim, the Settlement

Agreement properly considers the probability of success for Brandt in litigation.

17.    There is no guarantee that Brandt would succeed if the parties litigated the

disputes that are the subject of the Settlement Agreement.  Though Brandt is confident that he

can prove his prima facie case, the estate will be required to expend additional resources in

pursuit of the claims against TDB.   The Settlement Agreement permits Brandt to avoid the

continued costs of motion practice and trial, which would reduce the net benefit to the estate if

Brandt is required to fully litigate this matter.  Therefore, Brandt believes this settlement plainly

falls within the reasonable range of possible litigation outcomes and represents the best outcome

for the estate.

2. *The Complexity of the Litigation Involved and the Expense, Inconvenience, and Delay Necessarily Attending It*

18.    Should the claims against TDB proceed to trial, there is no doubt that it would be expensive to litigate as the parties appear intent on vigorously backing their allegations. Therefore, Brandt has concluded that the Settlement Agreement is fair, reasonable, and in the interest of the Estate after weighing all relevant and material factors, including the strengths of the asserted claims and defenses.

19.    The Settlement Agreement will facilitate a prompt and meaningful recovery for the estate, which further supports Brandt's belief that resolving these claims through settlement is in the best interest of the estate.

## VI.    CONCLUSION

20.    After weighing all relevant and material factors, including the settlement amount, the strengths of the asserted claims and defenses, the costs and burdens of litigation, and the general uncertainty and risk of litigation, Brandt believes the Settlement Agreement is in the best interest of the estate.

WHEREFORE, Plaintiff, William A. Brandt, acting solely in his capacity as the Plan Administrator for Equipment Acquisition Resources, Inc., respectfully requests that this Court approve the Settlement Agreement with TDB, which is attached to this motion as Exhibit A, on the terms set forth above, enter the proposed Rule 9019 order, and provide such other and further relief as the Court deems appropriate.

Dated: March 10, 2017                    Respectfully submitted,


                                         _____*/s/ J. Maxwell Beatty*_____
                                         One of the attorneys for Plaintiff
                                         William A. Brandt, Jr., solely in his capacity as Plan
                                         Administrator for Equipment Acquisition
                                         Resources, Inc.

                                         Allan B. Diamond (TX Bar 05801800)
                                         adiamond@diamondmccarthy.com
                                         Jon Maxwell Beatty (TX Bar 24051740)
                                         mbeatty@diamondmccarthy.com
                                         Diamond McCarthy LLP
                                         909 Fannin, Suite 1500
                                         Houston, Texas 77010
                                         Tel:  (713) 333-5100
                                         Fax:  (713) 333-5199

## <u>CERTIFICATE OF SERVICE</u>

I, J. Maxwell Beatty, an attorney, certify that on March 10, 2017, I caused a copy of the **PLAN ADMINISTRATOR'S MOTION TO APPROVE SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE WITH TD EQUIPMENT FINANCE, INC., SUCCESSOR BY MERGER TO TD BANKNORTH LEASING CORPORATION** and related Notice to be served on all parties registered to receive notice by the CM/ECF System and that a true and correct copy of the Notice and Motion was served by regular United States Mail, first class, postage prepaid on all parties on the Service List attached hereto.

*/s/ J. Maxwell Beatty*

AT&T Services, Inc.
Attn: James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2634

American Honda Finance
P.O. Box 168088
Irving, TX 75016-8088

ADT Security Services
14200 E. Exposition
Aurora, CO 80012-2540

Aero Express
N719 State Road 67
Ixonia, WI 53056-9514

AFLAC
1932 Wynnton Road
Columbus, GA 31999-0797

AGSCO
160 W. Hintz Road
Wheeling, IL 60090-5755

All Control
1644 Cambridge Drive
Elgin, IL 60123-1143

Alpine Bearing Company
P.O. Box 331
Allston, MA 02134-0003

Alster Machining
4243 W. Diversey Avenue
Chicago, IL 60639-2002

Altec Capital (Quail Capital)
33 Inverness Center Parkway
Suite 200
Birmingham, AL 35242-7642

Amerigas
Dept 0140
Palatine, IL 60055-0140

ARC Disposal
2101 S. Busse Road
Mount Prospect, IL 60056-5566

Atlas
P.O. Box 428
Palatine, IL 60078-0428

Volkswagen Credit Union
1401 Franklin Boulevard
Libertyville, IL 60048-4460

Advanced Wireless Semiconductor Co
No. 6 DA-LI 1st Road
Tainan Science-Based Industrial PK
HSIN-SHI TAINAN County,
TAIWAN

Aeroflex Metelics, Inc.
c/o Edward S. Wactlar, Esq.
Moomjian, Waite, Wactlar & Coleman
100 Jericho Quadrangle, Suite 225
Jericho, NY 11753-2702

Affiliated Control
640 Wheat Lane
Wood Dale, IL 60191-1187

Alan Moore (Red Oak Litigation)
15303 Dallas Parkway, #350
Addison, TX 75001-6732

Alliance Commercial Capital
885 N. LaSalle Street
Chicago, IL 60610-3219

Ally Financial Inc. f/k/a GMAC Inc.
P.O. Box 130424
Roseville, MN 55113-0004

American Express
P.O. Box 981540
El Paso, TX 79998-1540

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

American Express
P.O. Box 360002
Ft. Lauderdale, FL 33336-0002

Margaret M. Anderson
Fox Swibel Levin & Carroll LLP
200 West Madison Street
Chicago, IL 60606-3417

Martha J. Anstett
1111 Estate Lane
Lake Forest, IL 60045-3415

Mark Anstett
1111 Estate Lane
Lake Forest, IL 60045-3619

Gabriel B. Antman
Law Office of Gabriel B. Antman PC
77 W. Washington Street, Suite 719
Chicago, IL 60602-3274

Luis Arcos
1115 Miller Lane, Apt. 204
Buffalo Grove, IL 60089-4349

Thomas V. Askounis
Askounis & Darcy PC
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611-1906

Associated Bank, NA
c/o Tina M. Jacobs
Jones & Jacobs
77 W. Washington Street, Suite 2100
Chicago, IL 60602-2903

Bank of the West
475 Sansome Street, 19th Floor
San Francisco, CA  94111-3112

Bensman Group
2333 Waukegan Road, Suite 275
Bannockburn, IL  60015-1574

BlueCross
P.O. Box 1186
Chicago, IL  60690-1186

Bruce Costello
5006 Carriage Lane
Santa Rosa, CA  95403-1365

Bryn Mawr
6 S. Bryn Mawr Avenue
Bryn Mawr, PA  19010-3215

Burkert
7600 Hardin Drive
North Little Rock, AK  72117-1603

Debra Devassy Bagu
Askounis & Darcy PC
444 N. Michigan Avenue, Suite 3270
Chicago, IL  60611-3906

Balboa Leasing
2010 Main Street, 11th Floor
Irvine, CA  92614-7273

Bank of Jackson Hole
900 W. Broadway
Jackson, WY  830001

Bank of Jackson Hole
P.O. Box 7000
Jackson, WY  83002-7000

Bank of West
P.O. Box 4002
Concord, CA  94524-4002

Bayview Loan Servicing, LLC
4425 Ponce De Leon Boulevard
5th Floor
Coral Gables, FL  33146-1837

Jon M. Beatty
Diamond McCarthy LLP
909 Fannin Street, Suite 1500
Houston, TX  77010-1026

Richard M. Bendix, Jr.
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL  60606-7439

John A. Benson, Esq.
Much Shelist P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606-1631

Gregory A. Biegel
Barrick Switzer Long Balsley et al.
6833 Stalter Drive
Rockford, IL  61108-2582

Phillip J. Block
Riemer & Braunstein LLP
71 S. Wacker Drive, Suite 3515
Chicago, IL  60606-4610

California State Board of Equalization
Account Ref. Group MIC 29
P.O. Box 542879
Sacramento, CA  94279-0029

Stephen T. Bobo
Reed Smith LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL  60606-7506

Vincent T. Borst
Robbins Salomon & Patt, Ltd.
180 N. LaSalle Street, Suite 3300
Chicago, IL  60601-2808

Robert J. Brown
Wyatt Tarrant & Combs LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746

Francis X. Buckley, Jr.
Thompson Coburn LLP
55 E. Monroe Street, 37th Floor
Chicago, IL  60603-6029

Paul W. Bullard
Michael A. Maciejewski Ltd.
970 Oaklawn Avenue, Suite 204
Elmhurst, IL  60126-1000

Capital One
P.O. Box 6492
Carol Stream, IL  60197-6492

Carl Staehle Corp.
1840 Industrial Drive
Libertyville, IL 60048-9466

Ceramic Industries
P.O. Box 2600
Troy, MI  48007-2600

Chubb & Sons Inc.
c/o Soffer Rech & Borg LLP
48 Wall Street, 26th Floor
New York, NY  10005-2900

Cintas
1025 National Parkway
Schaumburg, IL  60173-5620

Clearbrook
1835 West Central Road
Arlington Heights, IL  60005-2410

CNA Insurance
333 S. Wabash
Chicago, IL  60604-4153

ComEd
Attn: Revenue Management Dept.
2100 Swift Drive
Oak Brook, IL 60523-1559

Comcast
P.O. Box 3001
Southeastern, PA 19398-3001

Comerica
c/o Colleen E. McManus
Carlson Cash LLC
216 S. Jefferson, Suite 504
Chicago, IL 60661-5698

Community Bank
P.O. Box 146
Crooksville, OH 43731-0146

Compu-Solutions
4180 Route 83, Suite 208A
Long Grove, IL 60047-9563

Continental
1221 Hartzell Street
New Havin, IN 46774-1418

Crossroads Bank
c/o Steve Jakubowski, Esq.
The Coleman Law Firm
77 W. Wacker Drive, Suite 4800
Chicago, IL 60601-1664

Kurt M. Carlson
Carlson Dash LLC
216 S. Jefferson Street, Suite 504
Chicago, IL 60661-5698

W. Kent Carter
Clark Hill PLC
150 N. Michigan Avenue, Suite 2700
Chicago, IL 60601-7576

Center Funding
426 Lake Avenue
Crystal Lake, IL 60014-5727

Aaron B. Chapin
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606-7506

Charter National Bank and Trust
2200 West Higgins Road
Hoffman Estates, IL 60169-2481

Christopher B. Lega
Riemer & Braunstein LLP
71 S. Wacker Drive, suite 3515
Chicago, IL 60606-4610

Chubb
15 Mountain View Road
Warren, NJ 07059-6795

Rosanne Ciambrone
Duane Morris LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603-3433

Citizens Bank & Trust
5700 North Central Avenue
Chicago, IL 60646-6410

Scott R. Clar
Crane Heyman Simon Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, IL 60603-4101

Coactiv Capital Partners, Inc.
655 Business Center Drive
Suite 655
Norsham, PA 19044-3448

Comerica Bank
c/o Jeff Gansberg
Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606-1631

Commonwealth Edison
Attn: Bankruptcy Section/Claims
3 Lincoln Center, 4th Floor
Oakbrook Terrace, IL 60181-4204

Conway
2211 Old Earhart Road, Suite 100
Ann Arbor, MI 48105-2963

Cook County Collector
Treasurer's Office
118 N. Clark Street, Suite 112
Chicago, IL 60602-1590

Monette W. Cope
Weltman Weinberg & Reis Co LPA
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601-2704

John B. Costello
5006 Carriage Lane
Santa Rosa, CA 95403-1365

Court Square Leasing Corporation
c/o M&T Bank – Special Assets Dept.
One Fountain Plaza, 9th Floor
Buffalo, NY 14203-1420

James M. Crowley
Crowley & Lamb P.C.
221 N. LaSalle Street, Suite 1550
Chicago, IL 60601-1224

DAC
125 West Orchid Street
Itasca, IL 60143-1764

DCFS USA L.L.C.
c/o Riezman Berger, P.C.
7700 Bonhome, 7th Floor
St. Louis, MO 63105-1960

Delta Industries
2201 Curtiss Street
Downers Grove, IL 60515-4010

Digital Hub
1040 N. Halsted Street
Chicago, IL 60642-4222

Direct Energy Business
1001 Liberty Avenue, 13th Floor
Pittsburgh, PA  15222-3715

DirectTV LLC
Attn:  Bankruptcy Department
New Albany, OH  43054-3025

Discover
P.O. Box 6103
Carol Stream, IL  60197-6103

Dynomax
965 Campus Drive
Mundelein, IL  60060

Daimler Trust
c/o BK Servicing, LLC
P.O. Box 131265
Roseville, MN  55113-0011

Alex Darcy
Askounis & Darcy P.C.
444 N. Michigan Avenue, Suite 3270
Chicago, IL  60611-3906

Richard A. Davidson
Lane & Waterman LLP
220 N. Main Street, Suite 600
Davenport, IA  52801-1953

Thomas Davidson
1915 South Wren Lane
Rolling Meadows, IL  60008-2960

Shelly A. DeRousse
Freeborn & Peters LLP
111 S. Wacker Drive, Suite 3000
Chicago, IL  60606-6679

Maria A. Diakoumakis
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL  60606-7439

Allan B. Diamond
Diamond McCarthy LLP
Two Houston Center
909 Fannin Street, Suite 1500
Houston, TX  77010-1026

Disco East Coast
P.O. Box 51584
Los Angeles, CA  90051-5884

Discover Bank
DFS Services LLC
P.O. Box 3025
New Albany, OH  43054-3025

Cody Doran
2352 W. Byron Street
Unit 301
Chicago, IL  60618-3804

Cory Doran
454 N. Aberdeen, Unit 3N
Chicago, IL  60642-7386

Jeremy M. Downs
Golberg Kohn Ltd.
55 E. Monroe Street, Suite 3300
Chicago, IL  60603-5800

Dennis A. Dressler
Dressler & Peters LLC
111 W. Washington Street
Suite 1900
Chicago, IL  60602-2713

Richard Drucker
5701 West Higgins
Chicago, IL  60630-2003

Elec Alcontrol
740 Industrial Road
Cary, IL  60013-3373

Environmental Futures
2210 W. Irving Park Road
Chicago, IL  60618-3806

Eyemed
P.O. Box 632530
Cincinnati, OH  45263-2530

Eich Tech
1110 Scott Hills Drive
Baltimore, MD  21208-3523

Yeny C. Estrada
Edwards Wildman Palmer LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL  60606-3007

Euclid Precision Grinding Co. Inc.
4896 E. 345th Street
Willoughby, OH  44094-4667

First Community Bank
165 S. Randall Road
Elgin, IL  60123-5547

Flodyne
1000 Muirfield Drive
Hanover Park, IL  60133-5426

Fluid Power
110 Gordon Street
Elk Grove Village, IL  60007-1120

Fred Honkamp
4230 North Oakland, #290
Milwaukee, WI  53211-2042

Freightquote
901 Carondelet Drive
Kansas City, MO  64114-4674

Farmers & Merchants
41 S. First Street
Miamisburg, OH  45342-2872

Farmers Insurance
P.O. Box 0914
Carol Stream, IL  60132-0914

Farmers and Merchants Bank
c/o Weltman Weinberg & Reis Co.
180 N. LaSalle Street, Suite 2400
Chicago, IL  60601-2704

FedEx Customer Information Service
Assignee of FedEx Express/FedEx
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd., Module G, 3rd Fl.
Memphis, TN  38116-5017

Fifth Third Bank (Chicago)
c/o Dykema Gossett
10 S. Wacker Drive, Suite 2300
Chicago, IL  60606-7439

Richard H. Fimoff
Robbins Salomon & Patt Ltd.
180 N. LaSalle Street, Suite 3300
Chicago, IL  60601

First Community Bank
165 S. Randall Road
Elgin, IL  60123-5547

First Credit Funding
P.O. Box 3892
Seattle, WA  98124-3892

First Credit Funding LLC
5201 Olympic Drive NW
Suite 210
Gig Harbor, WA  98335-1778

First Credit Funding LLC
c/o William Kent Carter
Clark Hill PLC
150 N. Michigan Avenue, #2700
Chicago, IL  60601-7576

First Horizon
165 Madison Street
Memphis, TN  38103-2723

First National Bank of McHenry
3814 W. Elm Street
P.O. Box 338
McHenry, IL  60051-0338

First National Bank of McHenry
9705 Prairie Ridge Road
Richmond, IL  60071-9112

Edward P. Freud
Ruff, Weidenaar et al.
222 North LaSalle Street
Chicago, IL  60601-1003

Richard C. Friedman
302 17th Street
Wilmette, IL  60091-3224

Frontier Electric
451 Frontier Way
Bensenville, IL  60106-3800

Fujimi
11200 SW Leveton Drive
Tualatin, OR  97062-8094

GIS Rolling, LLC
c/o Michael A. Maciejewski, Ltd.
970 Oaklawn Avenue, Suite 204
Elmhurst, IL  60126-1000

GIS Venture
c/o Paul W. Bullard
Michael a. Maciejewski, Ltd.
970 Oaklawn Avenue, Suite 204
Elmhurst, IL  60126-1000

Global Contact
16 West Main Street
Marlton, NJ  08053-2205

GMAC
P.O. Box 130424
Roseville, MN  55113-0004

GMAC
P.O. Box 9001951
Louisville, KY  40290-1951

Grindal
1551 E. Industrial Drive
Itasca, IL  60143-1861

Grob Inc.
1731 10th Avenue
Graton, WI  53024-2401

Jeffrey L. Gansberg
Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606-1631

Jeffrey D. Ganz
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  02108-2090

Maria Georgopoulos
Codilis and Associates
15W030 W. Frontage Road
Burr Ridge, IL  60527-6921

Heather M. Giannino
Heavner Scott Beyers & Mihler, LLC
111 East Main Street, Suite 200
Decatur, IL  62523-1204

Douglas C. Giese
Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604-2686

Ronald E. Gold
Frost Brown Todd LLC
201 E. Fifth Street
Cincinnati, OH  45202-4113

Richard N. Golding
The Golding Law Offices, P.C.
500 N. Dearborn Street, 2nd Floor
Chicago, IL  60654-3300

Karen R. Goodman
Shefsky & Froelich Ltd.
111 E. Wacker Drive, Suite 2800
Chicago, IL  60601-4209

Dean C. Gramlich
Much Shelist P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606-1631

Patrick B. Gushue
U.S. Department of Justice, Tax Div.
555 4th Street, NW – Room 7724
Washington, DC  20001-2733

John W. Guzzardo
Shaw Fishman Glantz & Towbin
321 N. Clark Street, Suite 800
Chicago, IL  60654-4766

Harris Bank N.A.
P.O. Box 6201
Carol Stream, IL  60197-6201

Herold Advertising Products LLC
P.O. Box 871185
Wasilla, AL  99687-1185

Hewlett Packard
420 Mountain Avenue
Murray Hill, NJ  07974-2736

Home Depot
P.O. Box 6029
The Lakes, NV  88901-6028

Honeywell
12484 Collections Center Drive
Chicago, IL  60693-0124

Hopatcong
35 Byram Bay Road
Hopatcong, NJ  07843-1921

Hosting.com
P.O. Box 70309
Louisville, KY  40270-0309

HP Financial
420 Mountain Avenue
Murray Hill, NJ  07974-2736

Jennifer L. Hamilton
Crowley & Lamb, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, IL  60601-1224

Harris Bank N.A.
111 West Monroe Street
Chicago, IL  60603-4095

Hewlett-Packard Financial Services
c/o David N. Crapo
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Home Federal Savings Bank
c/o Joseph D. Roach
Briggs and Morgan P.A.
2200 IDS Center – 80 S. 8th Street
Minneapolis, MN  55402

Huddle Advisors LLC
1204 Loyola Drive
Libertyville, IL  60048-1278

IBM
10301 David Taylor Drive
Charlotte, NC  28262-2334

IBM Credit LLC
Attn:  B. H. Shideler
Two Lincoln Center
Oakbrook Terrace, IL  60181-4295

Ice Mountain
P.O. Box 52214
Phoenix, AZ  85072-2214

ICI Paint
21033 Network Place
Chicago, IL  60673-1210

ICON EAR, LLC - ICON EAR LLC
II – ICON EAR LLC III
100 5th Avenue, 4th Floor
New York, NY  10011-6910

IDES
Insolvency/Bankruptcy Subunit
33 S. State Street, 10th Floor
Chicago, IL  60603-2804

IMAC
1553 Commerce Drive
Elgin, IL  6012-9304

Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph – Level 7-425
Chicago, IL  60601

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
Insolvency
200 W. Adams Street, Suite 2300
Chicago, IL  60606-5231

Steve Jakubowski
Robbins Salomon & Patt Ltd.
180 N. LaSalle Street, Suite 3300
Chicago, IL  60601-2808

Gregory J. Jordan
Jordan & Zito LLC
55 West Monroe Street, Suite 3600
Chicago, IL  60603-5026

KCL, LLC
c/o P. Reid Lemasters
3 Linden Way
Wyoming, OH  45215-4208

KLC Financial
3514 County Road 101
Minnetonka, MN  55345-1018

David A. Kallick
Tishler & Wald Ltd.
200 S. Wacker Drive, Suite 3000
Chicago, IL  60606-5815

Tomasz Karasek
23 North Yale Avenue
Villa Park, IL  60181-2340

Wojciech Karasek
715 Whitesail Drive
Schaumburg, IL  60194-3633

Alexander D. Kerr, Jr.
Tishler & Wald, Ltd.
200 S. Wacker Drive, Suite 3000
Chicago, IL  60606-5815

Kevin J. Simard
Reimer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA  02108-2090

Key Government Finance, Inc.
c/o Andrew J. Whealy
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102-2186

Andrea Levin Kim
Diamond McCarthy LLP
909 Fannin Street
Houston, TX  77010-1026

Henry E. Kinser
Wyatt Tarrant & Combs LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746

Cameron V. Kinvig
Hunton & Williams LLP
1445 Ross Avenue, Suite 4700
Dallas, TX  75202-2755

Frank Kladis
Regas Frezados & Dallas LLP
111 W. Washington, Suite 1525
Chicago, IL  60602-2744

Kathryn A. Klein
Riezman Berger PC
7700 Bonhomme, 7th Floor
St. Louis, MO  63105-1960

Labor Network
565 Dundee Avenue
Elgin, IL  60120-3856

Lake Shore
575 McCorkle Boulevard
Westerville, OH  43082-8888

Lambda
3055 Del Sol Boulevard
San Diego, CA  92154-3474

Leaf
P.O. Box 6444006
Cincinnati, OH  45264-4006

Leasing One Corporation
202 W. Main Street
Frankfort, IL  40601-1894

Libertyville Bank and Trust
507 N. Milwaukee Avenue
Libertyville, IL  60048-2000

Locator Services
P.O. Box 75363
Baltimore, MD  21275-5363

Donald Lawson
8027 South Avalon
Chicago, IL  60619-4505

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL  60604-2027

Leaf Funding Corporation
2005 Market Street, 14th Floor
Philadelphia, PA  19103-7009

Leasing Innovations
261 North Highway 101
Solana Beach, CA  92075-1129

Leasing One Corporation
P.O. Box 309
Frankfort, KY  40602-0309

Leasing One Corporation
c/o Stites & Harbison PLLC
250 W. Main, Suite 2300
Lexington, KY  40507-1758

Mitchell Lieberman
Noonan & Lieberman Ltd.
105 W. Adams, Suite 1100
Chicago, IL  60603-6238

David W. Klaudt
Locke Lord Bissell & Liddell LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201-2748

Thomas M. Lombardo
Riemer & Braunstein LLP
71 S. Wacker Drive, Suite 3515
Chicago, IL  60606-4610

Victor Longoria
5545 East Celebrity Circle
Hanover Park, IL  60133-5329

M&T Bank
c/o Getman & Biryla, LLP
800 Rand Building
14 Lafayette Square
Buffalo, NY  14203-1995

MAB Paints/Sherwin Williams
16W485 S. Frontage Road
Suite 110
Burr Ridge, IL  60527

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ  08054-1727

McCloud Services
1636 N. Lancaster Road
South Elgin, IL  60177-2703

McCollister
P.O. Box 822685
Philadelphia, PA  19182-2685

McMaster Carr
P.O. Box 7690
Chicago, IL  60680-7690

Mfg News
1633 Central Street
Evanston, IL  60201-1569

Mfritzsche
3638 N. Hamilton Avenue
Chicago, IL  60618-4915

Millennium Bank
2077 Miner Street
Des Plaines, IL  60016-4711

MMT Leasing Inc.
c/o Barbara L. Farley
P.O. Box 53659
Philadelphia, PA  19105-3659

Motion Industries
2380 United Lane
Elk Grove Village, IL  60007-6815

MAB Paint
414 N. Carpenter Street
Chicago, IL  60642-6502

Machinery Information Systems Inc.
c/o Szabo Associates, Inc.
3355 Lenox Road NW, 9th Floor
Atlanta, GA  30326-1394

Eric J. Malnar
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, IL  60603-5127

Millennium Bank
2100 Miner Street
Des Plaines, IL  60016-4718

Alan Moore
350 North St. Paul Street
Suite 2900
Dallas, TX  75201-4234

Kevin Murnighan
Carey Filter White & Boland
33 W. Jackson Boulevard, 5th Floor
Chicago, IL  60604-4149

Myron E. Siegel
445 Sheridan Road, Suite 200
Highwood, IL 60060-1317

N.E.T.
4811 Lamar Avenue, Suite 4
Mission, KS  66202-1765

Nathan Thomas
5216 N. Pleasant View Drive
McHenry, IL  60050-7600

National City
101 South 5th Street
Louisville, KY  40202-3157

National Lift Truck Inc.
P.O. Box 5977
Carol Stream, IL  60197-5977

Neetek Systems Integration, Inc.
3182 Campus Drive, Suite 415
San Mateo, CA  94403-3123

Newark
P.O. Box 94151
Palatine, IL  60094-4151

Nicor
P.O. Box 190
Aurora, IL  60507-0190

Norman Equipment
9850 South Industrial Drive
Bridgeview, IL  60455-2319

Norstates Bank
c/o Wildman Harrold Allen & Dixon
225 W. Wacker Drive, Suite 3000
Chicago, IL  60606-3007

North Side Bank
4125 Hamilton Avenue
Cincinnati, OH  45223-2273

Northway State Bank
480 West Center Street
Grayslake, IL  60030-7827

Nissan Motor Acceptance Corp.
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL  60527-6921

OFC Capital Corporation
c/o Law Offices of Gabriel B.
   Antman P.C.
77 W. Washington Street, Suite 719
Chicago, IL  60602-3274

OFC Capital Corporation
576 Colonial Park Drive
Roswell, GA  30075-3794

Matthew A. Olins
Duane Morris LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL  60603-3433

Orion Bank
c/o Iberia Bank
P.O. Box 413040
Naples, FL 34101-3040

Raymond J. Ostler
Gomberg Shafman Gold et al.
208 S. LaSalle Street, Suite 1200
Chicago, IL  60604-1032

Peck Bloom Miller
105 West Adams, 31st Floor
Chicago, IL  60603-6227

Pentech Financial Services, Inc.
240 E. Hacienda Avenue
Suite 100
Campbell, CA  95008-6617

Peoples Gas Light & Coke Company
130 E. Randolph Drive
Chicago, IL  60601-6203

Pitney Bowes
P.O. Box 856390
Louisville, KY  40285-6390

PNC Equipment Finance successor to
Town & Country Leasing, LLC
c/o Tucker Arensberg P.C.
1500 One PPG Place
Pittsburgh, PA  15222-5416

PNC Equipment Finance successor to
National City
c/o James M. Crowley
Crowley & Lamb P.C.
221 N. LaSalle Street, #1550
Chicago, IL  60601-1224

Pre-Paid Legal
P.O. Box 2629
Ada, OK  74821-2629

Principal
P.O. Box 10372
Des Moines, IA  50306-0372

Pro-Line
716 N. Edgewood Avenue
Wood Dale, IL  60191-1259

Pentech Financial
1301 Madrid Street, Suite 103
Marshall, MN  56258

Peoples National Bank of Kewanee
c/o Matthew A. Olins
Duane Morris LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL  60603-3433

James M. Philbrick
Law Offices of James M. Philbrick
PC
P.O. Box 351
Mundelein, IL  60060-0351

Sheldon Player
4260 East Hoback River Road
Jackson, WY  83001-8838

Power/Mation Division
1310 Energy Lane
P.O. Box 8198
St. Paul, MN  55108-0198

Quill
P.O. Box 37600
Philadelphia, PA  19101-0600

Realiance Standard
P.O. Box 3124
Southeastern, PA  19398-3124

Reid Supply
2265 Black Creek Road
Muskegon, MI  49444-2673

Republic Bank
2221 Camden Court
Oak Brook, IL  60523-4516

Revere 2
3866 Paysphere Circle
Chicago, IL  60674-0038

Real Time Resolutions, Inc.
P.O. Box 36655
Dallas, TX  75235-1655

RecoverEdge LLP
c/o S. R. Tumminello
Capital Recovery Advisors
2400 Augusta Drive, Suite 212
Houston, TX  77057-4998

Red Oak Acquisition Fund V LLC
350 N. St. Paul Street
Suite 2900
Dallas, TX  75201-4234

Regions Mortgage
P.O. Box 18001
Hattlesburg, MS  39404-8001

Gabriel Reilly-Bates
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL  60601-4277

Joseph D. Roach
Briggs and Morgan P.A.
2200 IDS Center – 80 South 8th Street
Minneapolis, MN  55402

Rockford Capital Leasing
4249 E. State Street, #301
Rockford, IL  61108-2045

Rockford Capital Leasing, Inc.
c/o Gregory A. Biegel
Barrick Switzer Long Balsley &
    Van Evera
6833 Stelter Drive, 1st Floor
Rockford, IL  61108-2582

David E. Runck
Fafinski Mark & Johnson P.A.
775 Prairie Center Drive
Eden Prairie, MN  55344-7314

Sovereign Bank
c/o Dennis A. Dressler
Dressler & Peters LLC
111 W. Washington Street, Suite 1900
Chicago, IL  60602-2713

State Farm
9140 Waukegan Road
Morton Grove, IL  60053-2125

Sydor Optics
31 Jet View Drive
Rochester, NY  14624-4903

Sherwin Williams
261 E. Northwest Highway
Palatine, IL  60067-8114

Jean Soh
Polsenelli PC
161 N. Clark Street, Suite 4200
Chicago, IL  60601-3316

State Bank & Trust
Attn:  John Aarsvold
3100 13th Avenue South
Fargo, ND  58103-3507

Stefan Sydor Optics, Inc.
c/o William R. Alexander
Remington, Gifford et al.
183 E. Main Street
Rochester, NY  14604-1696

Sun Source
2301 Windsor Court
Addison, IL  60101-1480

Todd A. Rowden
Thompson Coburn LLC
55 E. Monroe Street, 37th Floor
Chicago, IL  60603-6029

SG Equipment Finance
c/o Fox Swibel Levin & Carroll LLP
200 W. Madison Street, Suite 300
Chicago, IL  60606-3417

Sprint Nextel Correspondence
Attn:  Bankruptcy Department
P.O. Box 7949
Overland Park, KS  66207-0949

Suntrust Leasing Corp.
c/o Vincent T. Borst
Robbins Saloman Patt Ltd.
25 E. Washington Street, #1000
Chicago, IL  60602-1705

Ryan T. Schultz
Fox Swibel Levin & Carroll LLP
200 W. Madison Street, Suite 1000
Chicago, IL  6606-3417

Morgan M. Smith
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL  60606-7439

Sovereign Bank
3  Huntington Quadrangle, Suite 101
Melville, NY  11747-4624

State Board of Equalization
Special Operations Branch MIC:55
P.O. Box 942879
Sacramento, CA  94279-0055

Steiner
1250 Touhy Avenue
Elk Grove Village, IL  60067-2678

Suntrust Equipment Financing
30 East Joppe Road, Suite 700
Towson, MD  21286-3001

Daniel Rubin
Howard and Howard
200 S. Michigan Avenue, Suite 1100
Chicago, IL  60604-2461

Signs Now
1300 B Remington Road
Schaumburg, IL  60171-4800

State Comptroller – Texas
P.O. Box 149348
Austin, TX  78714-9348

Susquehanna Commercial
1566 Medical Drive, Suite 201
Pottstown, PA  19464-3229

Shauntee Billups
1731 W. North Shore Avenue, #1
Chicago, IL  60626-4009

Wilbur Smith
231 Old Town Road
Gardners, PA  17324-9098

Spie
P.O. Box 10
Bellingham, WA  98227-0010

Catherine L. Steege
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654-5474

Brandon Stone
524 North Airlite Street
Elgin, IL  60123-2678

Susquehanna Commercial Finance, Inc.
2 County View Road, Suite 300
Malvern, PA  19355-1420

Jerry L. Switzer
Polsinelli PC
161 N. Clark Street, Suite 4200
Chicago, IL  60601-3316

TD BankNorth
c/o Kevin J. Sinard
Riemer & Braustein LLP
Three Center Plaza
Boston, MA  02108-2090

TD BankNorth Leasing Corporation
Two Portland Square
Portland, ME  04101-4088

Tech-Assist
3700 Palomar Lane
Austin, TX  78727-3034

THE National Bank
1800 McDonough Road, Suite 210
Hoffman Estates, IL  60192-4565

THE National Bank
c/o Richard A. Davidson
Lane & Waterman LLP
220 N. Main Street, Suite 600
Davenport, IA  52801

Tiger Drylac
3855 Swenson Avenue
St. Charles, IL  60174-3437

Town and Country Leasing
P.O. Box 820116
Philadelphia, PA  19182-0116

Thomas J. Tellerico
Bodman PLC
201 W. Big River Road
Troy, MI  48084-4152

Brian Ira Tanenbaum
Law Offices of Brian Ira Tanenbaum
2970 Maria Avenue, Suite 270
Northbrook, IL  60062-2024

The Community Bank
c/o Weltman Weinberg & Reis Co.
180 N. La Salle Street, Suite 2400
Chicago, IL  60601-2704

The Community Bank
2850 Maysville Pike, Unit B2
Lanesville, OH  43701-7618

The Finer Line
1306 N. Plum Road
Schaumburg, IL  60173

The North Side Bank & Trust Co.
c/o Ronald E. Gold
Frost Brown Todd LLC
2200 PNC Center – 201 E. Fifth Street
Cincinnati, OH  45202

Nathan Thomas
5216 North Pleasant View Drive
McHenry, IL  60050-7600

Trinity
Division of Bank of the West
475 Sansome Street, 19th Floor
San Francisco, CA  94111-3112

Trism Business Solutions LLC
4947 S. Rainbow Boulevard
Suite 100
Las Vegas, NV  89118-1413

Gloria C. Tsotsos
Codilis & Associates, P.C.
15W030 North Frontage Road, #100
Burr Ridge, IL  60527-6921

Uline
2105 S. Lakeside Drive
Waukegan, IL  60085-8308

UPS
Lockbox 577
Carol Stream, IL  60132-0577

US Bank
1450 Channel Parkway
Marshall, MN  56258-4005

Used Equipment Directory
3700 Palomar Lane
Austin, TX  78727-3034

Valtech Corp.
2113 Sanatoga Station Road
Pottstown, PA  19464-3275

Veterans Messenger
P.O. Box 66973
Chicago, IL  60666-0973

Village of Palatine
200 East Wood Street
Palatine, IL  60067-5339

VonLehman
c/o Wyatt Tarrant & Combs LLP
250 W. Main Street, Suite 1600
Lexington, KY  40507-1746

VW Credit Inc.
P.O. Box 829009
Dallas, TX  75382-9009

Value Recovery Group, LP
919 Old Henderson Road
Columbus, OH  43220-3722

Verilease Technology Finance Group
c/o MeLisa Platte
8451 Boulder Court, Suite 200
Walled Lake, MI  48390-4147

Martin Vavrich
275 E. Lincoln Avenue
Glendale Heights, IL  60139-2616

Wafer Technology Ltd.
34 Maryland Road
Tongwell, Milton Keynes Bucks
MK15 8HJ, UNITED KINGDOM

Waukegan Savings Bank
c/o Michael J. Weissman
180 N. LaSalle Street, Suite 3200
Chicago, IL  60601-2800

Daniel I. Waxman
Wyatt Tarrant & Combs LLP
250 West Main Street, #1600
Lexington, KY  40507-1746

WesBanco Bank, Inc.
c/o Denise Knouse-Snyder
61  14th Street
Wheeling, WV  26003-3426

Whale
1521 Jarvis Avenue
Elk Grove Village, IL  60007-2401

Neal L. Wolfe
Much Shelist PC
191 North Wacker Drive, Suite 1800
Chicago, IL  60606-1631

Xerox
P.O. Box 802567
Chicago, IL  60680-2567

Xocomm
P.O. Box 7158
Pasadena, CA  91109-7158

Yellow Pages
P.O. Box 411450
Melbourne, FL  32941-1450

Jonathan W. Young
Edwards Wildman Palmer LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL  60606-30007

Zachary J. Garrett
Goldberg Kohn Ltd.
55 E. Monroe Street, Suite 3300
Chicago, IL  60603-5800

Stephen B. Gerald
Whitford Taylor Preston LLP
7 Saint Paul Street
Baltimore, MD  212-2-1697

Sara E. Williams
Diamond McCarthy LLP
909 Fanin
Houston, TX  77010-1026

Paul M. Nussbaum
Whiteford Taylor Preston LLP
7 Saint Paul Street
Baltimore, MD  21202-1697

Kenneth Oestreicher
Whiteford Taylor Preston LLP
7 Saint Paul Street
Baltimore, MD  21202-1697

C. Douglas Moran
Carlson Dash, LLC
216 S. Jefferson Street, Suite 504
Chicago, IL  60661

# EXHIBIT A

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement and Mutual Release (the "**Agreement**"), is made and entered between William A. Brandt, Jr. ("**Brandt**"), not individually but solely in his capacity as the Plan Administrator for Equipment Acquisition Resources, Inc. ("**EAR**") and TD Equipment Finance, Inc., successor by merger to TD Banknorth Leasing Corporation ("**TDB**"). Brandt and TD are each a "Party" and collectively they are the "Parties." The date of the Agreement shall be the date on which the last Party signs.

## RECITALS

WHEREAS, between July 5, 2007 and September 16, 2008, EAR and TDB entered a master lease agreement, together will all subsequent modifications, amendments, ancillary documents and associated schedules (the "**Leases**"); and

WHEREAS, on October 23, 2009, EAR filed a bankruptcy petition pursuant to Chapter 11 of the United States Code (the "**EAR Bankruptcy**"), and that bankruptcy was given case no. 09 B 39937; and

WHEREAS, on July 15, 2010, the Court entered an order titled Order Confirming Debtor's Second Amended Plan of Liquidation, which named Brandt as the Plan Administrator; and

WHEREAS, TDB filed a proof of claim in EAR's bankruptcy estate in the amount of $8,431,212.60 (Claim No. 91); and

WHEREAS, on December 8, 2011, Brandt filed a lawsuit (the "**Lawsuit**") titled Equipment Acquisition Resources, Inc. v. TD Banknorth Leasing Corporation, Case No. 11 A 02582, pending in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"); and

WHEREAS, pursuant to the order of the court dated December 13, 2011, Brandt amended the complaint in the Lawsuit on December 28, 2011, substituting William A. Brandt, Jr., solely in his capacity as the Plan Administrator for Equipment Acquisition Resources, Inc. as the plaintiff in place of EAR; and

WHEREAS, pursuant to the order of the court dated September 28, 2012, Brandt filed his Second Amended Complaint on October 31, 2012; and

WHEREAS, pursuant to the court's order dated June 6, 2013, Brandt filed his Third Amended Complaint on July 3, 2013; and

WHEREAS, the Lawsuit alleges that, pursuant to the Leases, TDB or its predecessor received payments totaling $6,187,281.11 from August 2007 through September 2009 (the "**Transfers**"); and

WHEREAS, the Lawsuit seeks the avoidance and recovery of the Transfers under 740 ILCS 160/5(a)(1) and 11 U.S.C. § 548(a)(1)(A), and 11 U.S.C. § 550; and

WHEREAS, TDB denies the material allegations of the Lawsuit and has asserted affirmative defenses; and

WHEREAS, TDB agrees not to initiate any further claims or lawsuits against any third party related to the Leases; provided however, that nothing shall limit any defense, affirmative defense, cross-claim or counterclaim available to TDB in any subsequent litigation involving the subject matter of the Leases or Lawsuit; and

WHEREAS, the Parties have agreed to resolve their dispute;

NOW THEREFORE, in consideration of the foregoing, the Parties intending to be legally bound by this Agreement agree as follows:

1.      <u>Recitals Incorporated</u>.  The Recitals listed above are incorporated into and made a part of this Agreement.

2.      <u>Settlement Payment</u>.  The Parties agree that, within fourteen (14) days of approval of this Agreement by the Bankruptcy Court and the provision of a fully-executed W-9 for the receipt of the funds, TDB shall make a payment of one million seven hundred thousand dollars ($1,700,000.00) to William A. Brandt, Jr., as Plan Administrator for Equipment Acquisition Resources, Inc. (the "**Settlement Payment**").

3.      <u>Mutual Limited Release</u>.  Except for the enforcement of the terms and provisions of this Agreement, each of the Parties releases and forever discharges the other Party and its agents, successors, predecessors, assigns, subsidiary companies, parent companies, affiliates, trustees, beneficiaries, attorneys, employees, directors, insurers, trusts, including but not limited to grantor trusts, trustees, receivers, representatives and all other persons, parties, or entities affiliated with, associated with, or in any way representative of the other Party, of and from any and all loss, costs, claims, actions, lawsuits, administrative claims, arbitration claims, causes of action, demands, damages, or expenses of any type whatsoever, in law or in equity, imposed by contract, statute, common law or otherwise, whether or not known now, anticipated, unanticipated, suspected or claimed, fixed or contingent, direct or indirect, liquidated or unliquidated, accrued or unaccrued, irrespective of legal theory and whether damage has resulted from such or not, arising from or in any way related to EAR, the Leases, the Transfers or other transactions described in the Lawsuit.

4.      <u>EAR Bankruptcy Claims</u>.  TDB acknowledges that it filed a proof of claim in EAR's Bankruptcy.  In addition to the releases set out above in Paragraph 3, TDB also releases and discharges EAR and Brandt from any and all liability for any and all of the following: (a) any claims involving, arising under, or related to matters identified in EAR's bankruptcy schedules; (b) any claims involving or arising under 11 U.S.C. § 502(h); and (c) any other proofs of claim that have been filed or could be filed by TDB in the EAR Bankruptcy.  For the avoidance of doubt, TDB specifically agrees and acknowledges that it: (a) shall have no further

standing as a creditor or party-in-interest in the EAR Bankruptcy, and (b) shall have no right to file any proof of claim in EAR's bankruptcy based on this Agreement or the Settlement Payment or otherwise receive any distribution from EAR's bankruptcy estate. TDB further agrees that it shall file all necessary motions, notices, or other required documentation indicating it has withdrawn any proof of claim within fourteen (14) days of the approval of this Agreement by the Bankruptcy Court.

    5.    <u>Warranties</u>. Each of the Parties warrants and represents that:

    a. it has not heretofore assigned, subrogated, or transferred or purported to assign, subrogate, or transfer, to any person, firm, partnership, corporation or entity whatsoever any action(s) or cause(s) of action at law or in equity, suits, debts, demands, claims, contracts, covenants, liens, liabilities, losses, costs, accounts, expenses (including, without limitation attorneys' fees), or damages released in this Agreement; and

    b. it has full power and authority to execute and perform its obligations under this Agreement in all respects; and

    c. it has not relied upon the advice of any representative, agent, or attorney of any of the other Parties, as to the legal or other consequences which attach from the assent to the terms of this Agreement.

    6.    <u>Court Approval</u>. The Parties understand that this Agreement is subject to approval by the Bankruptcy Court. Accordingly, Brandt shall file an appropriate motion seeking approval of this agreement once the Parties have executed the agreement. In the event the Court in the EAR Bankruptcy declines to issue an Order approving this Agreement, or in the event any reviewing court reverses the entry of an Order approving this Agreement without remand and upon all appeals having been exhausted, this Agreement shall be null and void.

    7.    <u>Dismissal of the Lawsuit</u>. Within fourteen (14) days from the date when Brandt receives the Settlement Payment, Brandt and TDB shall execute and file a stipulation under Fed. R. Civ. P. 41 to dismiss the Lawsuit with prejudice and without costs to either party. TDB agrees to cooperate with Brandt as necessary to effectuate the dismissal of the Lawsuit.

    8.    <u>Final Disposition</u>. This Agreement is acknowledged to be a final and binding disposition of any and all claims by the Parties arising from or in any way related to the Transfers or the Leases described in the Lawsuit.

    9.    <u>Waiver of Construction against Drafter</u>. The Parties agree that this Agreement has been negotiated at arm's length among persons knowledgeable about the matters dealt with herein, and each Party participated in its drafting. Accordingly, any rule of law or other statute, legal decision, or common law principle which would require the interpretation of any ambiguities in this Agreement against the Party that drafted it is of no application and is expressly waived. The provisions of this Agreement shall be interpreted in a reasonable manner to effectuate the intentions of the Parties. Notwithstanding the foregoing, if any part of this

Agreement is held by a court of competent jurisdiction to be illegal or contrary to public policy or otherwise unenforceable, such invalid part shall be deemed modified or eliminated to the extent necessary to make the remaining part enforceable.

      10.    <u>Costs and Fees</u>. The Parties agree to pay their own costs and attorneys' fees associated with the disputes described in this Agreement.

      11.    <u>Choice of Law</u>. The Parties hereto agree that the terms of this Agreement shall be interpreted and construed pursuant to the internal laws of the State of Illinois without regard to choice of law.

      12.    <u>Counterparts</u>. This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. Facsimile, PDF, or copied signatures shall be as effective as original signatures.

      13.    <u>Entire Agreement</u>.  This Agreement is the complete, final, and exclusive agreement between and among the Parties with respect to the subject matter hereof, and supersedes any and all prior agreements, negotiations, and understandings, whether written or oral.  The Parties acknowledge and agree that they have had an opportunity to read the Agreement and that no promises, agreements, statements, or representations not expressed in this Agreement have been made or are being relied upon by any Party to this Agreement.  This Agreement may not be amended, supplemented, modified, or waived, in whole or in part, except by a written instrument signed by all of the parties hereto.

IN WITNESS WHEREOF, the Parties have executed this document on the dates set forth below:

WILLIAM A. BRANDT, JR., NOT INDIVIDUALLY BUT SOLELY IN HIS CAPACITY AS PLAN ADMINISTRATOR OF EQUIPMENT ACQUISITION RESOURCES, INC.

By _____   Date: _08 MARCH 2017_

TD EQUIPMENT FINANCE, INC., SUCCESSOR BY MERGER TO TD BANKNORTH LEASING CORPORATION

By _____   Date: _3/9/17_____
Its: _V.S.V.P._____

2110513.2

**Page 4 of 4**