United States Bankruptcy Court
Northern District of Illinois

IN RE:                                                  Case No.



                              Debtor(s)


In accordance with Federal Rule of Bankruptcy Procedure 3004, you are notified that the
has submitted a Proof of Claim for you in the amount of $        , Claim#        .


<u>Claimant</u>

Name
Address
City, State Zip


Date: _____


                                                        Jeffrey P. Allsteadt, Clerk



                                                        _____
                                                        Deputy Clerk


Updated 5/18/18 SO

United States Bankruptcy Court
Northern District of Illinois

IN RE:                                                    Case No.

    Debtor(s)

Certificate of Mailing

The undersigned deputy clerk of the United States Bankruptcy Court for this district hereby certifies that a copy of the attached document was mailed on the date entered below to the parties listed.

<u>Creditor Name & Address:</u>

<u>Debtor Name & Address:</u>

<u>Attorney for Debtor Name</u>
       :
                              <u>&</u>
<u>Address</u>
<u>Trustee Name & Address</u>:

Date:

                                                                    _____
                                                                    Deputy Clerk