# EXHIBIT A

EQUIPMENT ACQUISITION RESOURCES, INC.
Allowed General Unsecured Claims

| Claim # | Claimant | Allowed Claims |
|---|---|---|
| 1 | Nissan Motor Acceptance | 343.60 |
| 2 | Ally Financial f/k/a GMAC | 11,871.26 |
| 3 | GMAC | 2,616.24 |
| 5 | Nissan Motor Acceptance | 18,470.14 |
| 6 | Sovereign Bank | 260,986.10 |
| 9 | Signs Now | 742.85 |
| 10 | All Control | 585.38 |
| 11 | Fluid Power | 382.10 |
| 12 | AGSCO | 22.31 |
| 13 | Sprint Nextel | 7,622.79 |
| 14 | Reid Supply | 95.13 |
| 16 | Alster Machining | 300.00 |
| 17 | First Credit Funding | 65,239.47 |
| 18 | MAB Paint/Sherwin Williams | 135.34 |
| 19 | Veterans Messenger | 434.62 |
| 20 | Dynomax | 1,149.20 |
| 21 | Eyemed | 364.80 |
| 22 | KCL, LLC | 71,303.76 |
| 24 | Uline | 278.64 |
| 25 | NET | 5,750.00 |
| 26 | Chubb & Sons | 93,928.00 |
| 30 | MMT Leasing Inc. | 55,470.16 |
| 31 | Newark | 667.71 |
| 32 | Trism Business Solutions | 425,157.15 |
| 33 | National Lift Truck | 1,845.00 |
| 34 | Alpine Bearing Company | 40.19 |
| 35 | Huddle Advisors, LLC | 8,000.00 |
| 36 | VW Credit, Inc. | 30,721.30 |
| 38 | Xerox | 20,918.67 |
| 39 | Power/Mation Division | 1,414.49 |
| 40 | McMaster Carr | 2,481.05 |
| 41 | Euclid Precision Grinding Co. | 49,117.20 |
| 42 | Commonwealth Edison | 13,915.21 |
| 43 | The Community Bank | 84,358.88 |
| 44 | Farmers and Merchants Bank | 97,138.79 |
| 46 | Trinity | 15,954.01 |
| 49 | SG Equipment Finance | 2,798,395.99 |
| 50 | Machinery Information Systems | 948.00 |
| 53 | Herold Advertising Products | 3,462.68 |
| 54 | Bayview Loan Servicing | 24,152.02 |
| 55 | Bayview Loan Servicing | 200,462.00 |
| 56 | ABCO Leasing (Amended) | 46,273.49 |
| 57 | Libertyville Bank and Trust | 1,111,395.70 |
| 58 | Libertyville Bank and Trust | 1,118,223.49 |
| 59 | Velocity Financial Group | 825,203.58 |
| 60 | Associated Bank (Amended) | 59,122.45 |
| 62 | GIS Rolling, LLC | 3,192.20 |
| 63 | GIS Venture | 10,701.24 |
| 64 | North Side Bank & Trust Co. | 5,084,555.00 |
| 66 | Stefan Sydor Optics, Inc. | 397,500.00 |

EQUIPMENT ACQUISITION RESOURCES, INC.
Allowed General Unsecured Claims

| Claim # | Claimant | Allowed Claims |
|---|---|---|
| 67 | Direct Energy Business | 11,054.79 |
| 68 | First National Bank of McHenry | 1,328,259.00 |
| 69 | Internal Revenue Service | 6,749.00 |
| 71 | FedEx | 1,853.70 |
| 73 | Republic Bank of Chicago | 2,195,166.00 |
| 75 | First Lease | 45,657.00 |
| 76 | M&T Bank | 129,481.20 |
| 78 | Real Time Resolutions, as assignee of the claim of Waukegan Savings Bank | 428,528.17 |
| 79 | Locke Lord LLP | 362,791.85 |
| 80 | Varilease Technology Finance | 20,123.25 |
| 81 | Marlin Leasing Corporation | 19,075.42 |
| 82 | Marlin Leasing Corporation | 21,023.50 |
| 88 | Key Government Finance | 454,166.58 |
| 89 | Value Recovery Group, as assignee of the claim of Charter National Bank | 593,964.99 |
| 90 | Leaf Funding Corporation | 36,189.16 |
| 92 | Susquehanna Commercial Finance | 278,323.10 |
| 93 | Peoples National Bank of Kewanee | 1,791,969.46 |
| 95 | OFC Capital Corporation | 105,321.38 |
| 96 | Norstates Bank | 9,940,000.00 |
| 97 | Home Federal Savings Bank | 965,717.77 |
| 98 | WesBanco Bank | 4,314,047.40 |
| 99 | PNC Equipment Finance | 2,095,016.81 |
| 102 | Aeroflex Metelics | 40,937.50 |
| 103 | Rockford Capital Leasing | 354,375.80 |
| 104 | Fifth Third Bank | 6,857,407.53 |
| 106 | Crossroads Bank | 577,125.00 |
| 108 | ADT Security Services | 161.40 |
| 111 | EF Capital Collections, LLC | 827,394.78 |
| 112 | Daimler Trust | 23,205.28 |
| | | **46,858,496.20** |