# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| EQUIPMENT ACQUISITION RESOURCES, INC. | ) | Case No.: 09 B 39937 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on October 15, 2019, William A. Brandt, Jr. (the "Plan Administrator"), acting solely in his capacity as the Plan Administrator for Equipment Acquisition Resources, Inc. (the "Debtor"), filed the following pleadings:

1. *Motion for Entry of an Order Authorizing Final Distributions to Holders of Allowed Claims* [Docket No. [__]] (the "Final Distribution Motion"), seeking authority to make final distributions to creditors in the amount set forth in the Final Distribution Motion; and

2. *Motion for Final Decree* [Docket No. [__]] (the "Final Decree Motion," and collectively with the Final Distribution Motion, the "Motions"), seeking a final decree closing the Debtor's bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motions, together with objections timely filed, if any, will be held before the Honorable Donald R. Cassling in Courtroom No. 619, 219 South Dearborn Street, Chicago, Illinois, on **November 5, 2019, at 10:00 a.m.**, at which time and place you may appear if you so see fit.

**PLEASE TAKE FURTHER NOTICE** that any person wishing to object to either of the Motions is directed to file their objections in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before **November 5, 2019, at 10:00 a.m.**, with a copy of said objections to be simultaneously served upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that you may obtain a copy of the Motions by contacting undersigned counsel via telephone (312-876-6934) or via electronic mail (sean.williams@saul.com).

Dated: October 15, 2019 Respectfully Submitted,

**SAUL EWING ARNSTEIN & LEHR LLP**

By: /s/ Sean P. Williams
Barry A. Chatz (6196639)
Sean P. Williams (6314275)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Tel: 312-876-7100
Fax: 312-876-0288
E-Mail: sean.williams@saul.com

*Counsel to William A. Brandt, Jr., acting solely in his capacity as the Plan Administrator for Equipment Acquisition Resources, Inc.*