**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| EQUIPMENT ACQUISITION RESOURCES, INC. | ) | Case No.: 09 B 39937 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

<u>**NOTICE OF HEARING**</u>

**PLEASE TAKE NOTICE** that on October 15, 2019, William A. Brandt, Jr. (the "<u>Plan Administrator</u>"), acting solely in his capacity as the Plan Administrator for Equipment Acquisition Resources, Inc. (the "<u>Debtor</u>"), filed the following pleadings:

1. *Motion for Entry of an Order Authorizing Final Distributions to Holders of Allowed Claims* [Docket No. 1152] (the "<u>Final Distribution Motion</u>"), seeking authority to make final distributions to creditors in the amounts set forth in the Final Distribution Motion; and

2. *Motion for Final Decree* [Docket No. 1153] (the "<u>Final Decree Motion</u>," and collectively with the Final Distribution Motion, the "<u>Motions</u>"), seeking a final decree closing the Debtor's bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motions, together with objections timely filed, if any, will be held before the Honorable Donald R. Cassling in Courtroom No. 619, 219 South Dearborn Street, Chicago, Illinois, on **November 5, 2019, at 10:00 a.m.**, at which time and place you may appear if you so see fit.

**PLEASE TAKE FURTHER NOTICE** that any person wishing to object to either of the Motions is directed to file their objections in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before **November 5, 2019, at 10:00 a.m.**, with a copy of said objections to be simultaneously served upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that you may obtain a copy of the Motions by contacting undersigned counsel via telephone (312-876-6934) or via electronic mail (sean.williams@saul.com).

Dated: October 15, 2019                 Respectfully Submitted,

**SAUL EWING ARNSTEIN & LEHR LLP**

By: /s/ Sean P. Williams
Barry A. Chatz (6196639)
Sean P. Williams (6314275)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Tel: 312-876-7100
Fax: 312-876-0288
E-Mail: sean.williams@saul.com

*Counsel to William A. Brandt, Jr., acting solely in his capacity as the Plan Administrator for Equipment Acquisition Resources, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| EQUIPMENT ACQUISITION RESOURCES, INC. | ) | Case No.: 09 B 39937 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 15, 2019, I electronically filed the foregoing ***Notice of Hearing*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those parties of record in this case.  The Notice of Hearing has further been served on all creditors and parties in interest via first class U.S. mail, as set forth on the attached Service List.

/s/ Sean P. Williams

Sean P. Williams (6314275)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Tel: 312-876-7100
Fax: 312-876-0288
E-Mail: sean.williams@saul.com

# **SERVICE LIST**

Label Matrix for local noticing
0752-1
Case 09-39937
Northern District of Illinois
Eastern Division
Fri Oct 11 13:48:50 CDT 2019

JAMES GRODUS, ESQ.
AT&T SERVICES, INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, N.J. 07921-2694

ABCO LEASING
Rudy Radasevich
Neal Gerber & Eisenberg
2 N LaSalle St., Suite 1700
Chicago, IL 60602-4000

ACADEMIC CAPITAL GROUP
5947 Reliable Parkway
Chicago, IL 60686-0059

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

ADT Security Services
14200 E Exposition Inc
Aurora, CO 80012-2540

AERO EXPRESS
N719 state Rd. 67
Ixonia, WI 53036-9514

AFLAC
1932 Wynnton Road
Columbus, GA 31999-0797

AGSCO
160 W Hintz Road
Wheeling, IL 60090-5755

ALL CONTROL
1644 Cambridge Drive
Elgin, IL 60123-1143

ALPINE BEARING COMPANY
PO Box 331
Allston, MA 02134-0003

ALSTER MACHINING
4243 W Diversey Ave
Chicago, IL 60639-2002

ALTEC CAPITAL (QUAIL CAPITAL)
33 Inverness Center Pkwy
Suite 200
Birmingham, AL 35242-7642

AMERICAN BANK LEASING
1566 Medical Drive
Pottstown, PA 19464-3229

AMERICAN BANK-NC
8510 McAlpine Park Drive
Suite 210
Charlotte, NC 28211-6250

AMERIGAS
Dept 0140
Palatine, IL 60055-0140

ARC DISPOSAL
2101 S Busse Road
Mount Prospect, IL 60056-5566

AT&T
PO Box 8220
Aurora, IL 60572-8220

AT&T MOBILITY
PO Box 30218
Los Angeles, CA 90030-0218

ATLAS
PO Box 428
Palatine, IL 60078-0428

(p)VOLKSWAGEN CREDIT UNION
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

Academic Capital Group
131 S Dearborn 6th Floor
Chicago, IL 60603-5517

Acura Moore
350 North Street
Paul Street
Suite 2900
Dallas, TX 75207-4430

Advanced Wireless Semiconductor Co.
No. 6 DA-LI 1st RD
Tainan Science-Based Industrial PK
HSIN-SHI TAINAN County, Taiwan

Aeroflex Metelics, Inc
c/o Bruce G. Almquist
2121 Crystal Drive, Suite 625
Arlington, VA 22202-3797

Affiliated Ctrl
640 Wheat Lane
Wood Dale, IL 60191-1187

Alan Moore (Red Oak Litigation)
15303 Dallas Parkay #350
Addison, TX 75001-6732

Alliance Commerical Capital
885 N LaSalle
Chicago, IL 60610-3219

Ally Financial Inc. f/k/a GMAC Inc.
P.O. Box 130424
Roseville, MN 55113-0004

American Bank Holdings, Inc.
c/o Todd Ross
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW
7th Floor
Washington, DC 20005-2225

American Bank, FSB
c/o Womble Carlyle Sandridge & Rice, PLL
Attn:  Jeffrey L. Tarkenton
1401 Eye Street, NW, 7th Floor
Washington, DC 20005-2225

American Express
P.O. Box 981540
El Paso, TX 79998-1540

American Express
PO Box 0001
Los Angeles, CA 90096-8000

American Express
PO Box 360002
Ft. Lauderdale, FL 33336-0002

Margaret M Anderson
Fox, Swibel, Levin & Carroll, LLP
200 West Madison Street
Suite 3000
Chicago, IL 60606-3417

Martha J. Anstett
1111 Estate Ln.
Lake Forest, IL 60045-3619

Anstett, David
18400 West Belvidere Road
Grayslake, IL 60030

Anstett, Mark
1111 Estate Lane
Lake Forest, IL 60045-3619

Gabriel B Antman
Law Offices of Gabriel B. Antman, P.C.
111 West Washington Street
Suite 1863
Chicago, IL 60602-2712

George P Apostolides
Saul Ewing Arnstein & Lehr LLP
161 N. Clark Street
Suite 4200
Chicago, IL 60601-3316

Arcos, Luis
1115 Miller Lane
Apartment 204
Buffalo Grove, IL 60089-4249

Konstantinos Armiros
ARNESTIN & LEHR LLP
120 S Riverside Plaza Suite 1200
Chicago, IL 60606-3910

Arnstein & Lehr
120 S Riverside Plaza
Suite 1200
Chicago, IL 60606-3910

Thomas V Askounis
Askounis & Darcy, PC
444 N Michigan Ave Ste 3270
Chicago, IL 60611-3906

Associated Bank, National Association
Tyler Moore, Associated Bank NA
330 E Kilbourn, #200
Milwaukee, WI 53202-3140

Audi
PO Box 17497
Baltimore, MD 21297-1497

AutoDirect
7805 Frontage Rd
Overland Park, KS 66204-2310

BANK OF THE WEST
475 Sansome St.
19th Floor
San Francisco, CA 94111-3172

BENSMAN GROUP
2333 Waukegan Road
Suite 275
Bannockburn, IL 60015-1574

BLUECROSS
PO Box 1186
Chicago, IL 60690-1186

BRUCE COSTELLO
5006 Carraige Lane
Santa Rosa, CA 95403-1365

BRYN MAWR
6 S Bryn Mawr Ave
Bryn Mawr, PA 19010-3215

BRYTON ENGINEERING
1111 E Warrenville Road
Naperville, IL 60563-1400

BURKERT
7600 Hardin Drive
North Little Rock, AK 72117-1603

Debra Devassy Babu
Askounis & Darcy, PC
444 N. Michigan Avenue
Suite 3270
Chicago, IL 60611-3906

Balboa Leasing
2010 Main Street, 11th Floor
Irvine, CA 92614-8250

Bank of Jackson Hole
900 W. Broadway
Jackson, WY 83001

Bank of Jackson Hole
PO Box 7000
Jackson, WY 83002-7000

Bank of West
PO Box 4002
Concord, CA 94524-4002

Peter C Bastianen
Codilis and Associates
15W030 N. Frontage Rd.
Suite 100
Burr Ridge, IL 60527-6921

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146-1837

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, Florida 33146-1837

Jon M Beatty
Diamond McCarthy LLP
909 Fannin Street, Suite 1500
Houston, TX 77010-1026

Richard M Bendix Jr
Dykema Gossett PLLC
10 South Wacker Drive Suite 2300
Chicago, IL 60606-7439

Bennett, Kyle
612 Belinder Lane
Apartment 2715
Schaumburg, IL 60173-5263

John A Benson Jr.
Huck Bouma, PC
1755 South Naperville Road
Suite 200
Wheaton, IL 60189-5844

Gregory A Biegel
Barrick, Switzer, Long, Balsley & Van Ev
6833 Stalter Dr.
Rockford, IL 61108-2582

Billups, Shauntee
1424 Millbrook Drive
Algonquin, IL 60102-2521

Phillip J Block
Riemer & Braunstein LLP
71 South Wacker Drive, Suite 3515
Chicago, IL 60606-4610

Blocker, Shane
130 South Pitt Street
Apartment 2
Carlisle, PA 17013-3424

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

Stephen T. Bobo
Reed Smith LLP
10 South Wacker Drive
Suite 4000
Chicago, IL 60606-7506

Vincent T Borst
Robbins, Salomon & Patt, Ltd.
180 North LaSalle Street, Suite 3300
Suite 1000
Chicago, IL 60601-2808

Todd Michael Brooks
Whiteford Taylor & Preston LLP
Seven Sanit Paul St
18th Floor
Baltimore, MD 21202-1639

Robert J Brown
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street
Suite 2800
Louisville, KY 40202-2898

Francis X Buckley Jr.
Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603-6029

Paul W Bullard
Pace, Suburban Bus Division of the RTA
550 W. Algonquin Road
Arlington Heights, IL 60005-4412

CAPITAL ONE
PO Box 6492
Carol Stream, IL 60197-6492

CARL STAEHLE CORP.
1840 INDUSTRIAL DRIVE
LIBERTYVILLE, IL 60048-9466

CERAMIC INDUSTRIES
PO box 2600
Troy, MI 48007-2600

CHUBB & SONS INC
c/o Soffer Rech & Borg LLP
48 Wall Street 26th Floor
New York, NY 10005-2900

CINTAS
1025 National Pkwy
Schaumburg, IL 60173-5620

CITIZENS BANK AND TRUST
Michael Weininger
Lupel Weininger LLP
30 N LaSalle St Suite 3520
Chicago, IL 60602-3334

CITY ORNAMENTAL
254 North State Street
Elgin, IL 60123-5453

CLEARBROOK
1835 West Central road
Arlington Heights, IL 60005-2410

CLICKMAIL
1155 Triton Drive
Suite E
Foster City, CA 94404-1252

CM FINANCIAL
2333 Waukegan Road
Bannockburn, IL 60015-1572

CNA Insurance
333 S Wabash
Chicago, IL 60604-4107

COM ED
Customer Care Center
Attn: Revenue Management Dept.
2100 Swift Drive
Oak Brook, IL 60523-1559

COMCAST
PO Box 3001
Southeastern, PA 19398-3001

COMERICA
c/o Colleen E McMnus/Carlson Dash LLC
216 S Jefferson, Ste 504
Chicago, IL 60661-5698

COMMUNITY BANK
PO Box 146
Crooksville, OH 43731-0146

COMPU-SOLUTIONS
4180 Route 83
Suite 208a
Long Grove, IL 60047-9563

CONTINENTAL
1221 Hartzell Street
New Havin, IN 46774-1418

CROSSROADS BANK
Elizabeth E Richert
Crotty & Schiltz, LLC
120 N LaSalle Street, Suite 2000
Chicago, IL 60602-2452

Kurt M. Carlson
Carlson Dash LLC
216 S. Jefferson Street
Suite 504
Chicago, IL 60661-5698

W. Kent Carter
Gordon Rees Scully Mansukhani, LLP
One North Franklin
Suite 800
Chicago, IL 60606-3422

Center Funding
426 Lake Ave
Crystald Lake, IL 60014-5727

Aaron B Chapin
Husch Blackwell LLP
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606-3912

Charter National
PO Box 918
Streamwood, IL 60107-0918

Charter National Bank and Trust
2200 West Higgins Road
Hoffman Estates, IL 60169-2424

Charter National Bank and Trust
Francis X Buckley Jr Esq
Thompson Coburn LLP
55 East Monroe 37th Floor
Chicago, IL 60603-6029

Barry A Chatz
Saul Ewing Arnstein & Lehr LLP
161 North Clark Street
Suite 4200
Chicago, IL 60601-3316

Christopher B Lega
Riemer & Braunstein LLP
71 S Wacker Drive Suite 3515
Chicago, IL 60606-4610

Chubb
15 Mountain View Road
Warren, NJ 07059-6711

Rosanne Ciambrone
Duane Morris LLP
190 South LaSalle Street Suite 3700
Chicago, IL 60603-3433

Citizens Bank & Trust
5700 North Central Ave
Chicago, IL 60646-6410

Citizens Bank & Trust Co. of Chicago
5700 N. Central Ave.
Chicago, IL 60646-6410

Scott R Clar
Crane, Simon, Clar & Dan
135 S Lasalle Suite 3705
Chicago, IL 60603-4101

Coactiv Capital Partners, Inc.
655 Business Center Drive
Suite 655
Horsham, PA 19044-3448

Comerica Bank
Detroit, MI 48226

Comerica Bank
c/o Jeff Gansberg & Kurt Carlson
Much Shelist
191 N. Wacker Dr., #1800
Chicago, IL 60606-1631

Commonwealth Edison Company
3 Lincoln Center 4th Floor
Attn: Bankruptcy Section/Claims
Oakbrook Terrace, IL 60181-4204

Commonwealth Edison Company
3 Lincoln Centre
Attn: Bankruptcy Section
Oakbrook Terrace, IL 60181-4204

Conchas, Pascual
8N768 Brimfield Drive
Elgin, IL 60124-8634

Conway
2211 Old Earhart Rd
Suite 100
Ann Arbor, MI 48105-2963

Cook County Coll2
Treasurer's Office
118 N Clark St Ste 112
Chicago, IL 60602-1590

Monette W Cope
Weltman Weinberg & Reis Co LPA
180 North LaSalle St Ste 2400
Chicago, IL 60601-2704

Costello, John B.
5006 Carriage Lane
Santa Rosa, CA 95403-1365

Court Square Leasing Corp
PO Box 17625
Baltimore, MD 21297-1625

Court Square Leasing Corporation
M&T Bank
Special Assets Dept
One Fountain Plaza 9th Flr
Buffalo, NY 14203-1420

Crossroads
2201 NW Corporate Blvd #201
Boca Raton, FL 33431-7337

Crossroads Bank
c/o Steve Jakubowski
The Coleman Law Firm
77 West Wacker Drive, Ste 4800
Chicago, IL 60601-1664

Crossroads Bank c/o Elizabeth Richert
Crotty & Schiltz LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602-2452

James M. Crowley
Plunkett Cooney, P.C.
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601-1224

DAC
125 West Orchid Street
Itasca, IL 60143-1764

DCFS USA, L.L.C. (DCFS)
c/o Riezman Berger, P.C.
7700 Bonhomme
7th Floor
St. Louis, MO 63105-1960

DELTA INDUSTRIES
2201 Curtiss Street
Downers Grove, IL 60515-4010

DIGITAL HUB
1040 N Halsted Street
Chicago, IL 60642-4222

DIRECT ENERGY BUSINESS
1001 Liberty Ave 13th Floor
Pittsburgh, PA 15222-3728

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER
PO Box 6103
Carol Stream, IL 60197-6103

DYNOMAX
965 Campus Drive
Mundelein, IL 60060

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Alex Darcy
Askounis & Darcy, PC
444 N. Michigan Avenue
Suite 3270
Chicago, IL 60611-3906

Richard A. Davidson
Lane & Waterman LLP
220 N. Main Street
Suite 600
Davenport, IA 52801-1953

Davidson, Thomas
3915 South Wren Lane
Rolling Meadows, IL 60008-2960

Shelly A. DeRousse
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6679

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346

Maria A Diakoumakis
Dykema Gossett PLLC
10 S. Wacker Dr. Suite 2300
Chicago, IL 60606-7439

Allan B Diamond
Diamond McCarthy LLP
Two Houston Center
909 Fannin Street Suite 1500
Houston, TX 77010-1026

Disco EastCoast
PO Box 51584
Los Angeles, CA 90051-5884

Discover Bank
DFS Services LLC
PO Box 3025
New Albany OH 43054-3025

Donna Malone
4260 East Hoback Rd
Jackson, NY 83001

Doran, Cody
3946 North Ravenswood Avenue
#406
Chicago, IL 60613-5679

Doran, Cory
454 North Aberdeen
Unit 3N
IL 60642-7386

Jeremy M Downs
Goldberg Kohn Ltd.
55 E. Monroe Street
Ste 3300
Chicago, IL 60603-5800

Dennis A Dressler
Dressler & Peters, LLC
70 West Hubbard St.
Suite 200
Chicago, IL 60654-5677

Drucker, Richard
5701 West Higgins
Chicago, IL 60630-2003

EF Capital Collections, LLC
Capital Recovery Advisors
2400 Augusta Drive
Suite 212
Houston, TX 77057-4998

ELEC ALCONTROL
740 Industrial Road
Cary, IL 60013-3373


ENVIRONMENTAL FUTURES
2210 W Irving Park Road
Chicago, IL 60618-3806

EYEMED
PO Box 632530
Cincinnati, OH 45263-2530

Eich Tech
1110 Scott Hills Dr
Baltimore, MD 21208-3523


Frances Ellenbogen
Diamond McCarthy LLP
909 Fannin Street, Suite 1500
Houston, TX 77010-1026

Entrepix
2315 W Fairmount Dr
Tempe, AR 85282-3123

Equipment Acquisition Resources, Inc.
555 South Vermont
Palatine, IL 60067-6947


Yeny C. Estrada
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606-4409

Euclid Precision Grinding Co., Inc.
4896 East 345th Street
Willoughby, OH 44094-4607

FARMERS AND MERCHANTS BANK
Monette W Cope Esq
Weltman Weinberg & Reis Co LPA
180 N LaSalle St Ste 2400
Chicago, IL 60601-2704


FDIC/Receiver for Citizens BK & Trst Co Chgo
c/o Stanley F Orszula
200 N. Martingale Rd, #200
Schaumburg, IL 60173-2033

FIFTH THIRD BANK
Dykema Gossett PLLC
c/o Richard M Bendix Jr
10 S Wacker Drive Suite 2300
Chicago, IL 60606-7439

FIRST COMMUNITY BANK
165 S Randall Road
Elgin, IL 60123-5551


FIRST DUPAGE BANK
PO Box 427
Westmont, IL 60559-0427

FIRST LEASE, INC.
Attn Mark Spiegel
185 Commerce Dr, Unit 102
Fort Washington, PA 19034-2416

FIRST PREMIER LEASING
Debra Devassy Babu
401 North Michigan AVe Suite 550
Chicago, IL 60611-5523


FLODYNE
1000 Muirfield Drive
Hanover Park, IL 60133-5426

FLUID POWER
110 Gordon Street
Elk Grove Village, IL 60007-1120

FRED HONKAMP
4230 North Oakland
#290
Milwaukee, WI 53211-2042


FREIGHTQUOTE
16025 West 113th Street
Lenexa, KS 66219-5105

Farmers & Merchants
41 S First Street
Maimisburg. OH 45342-2872

Farmers Ins
PO Box 0914
Carol Stream, IL 60132-0914


Farmers and Merchants Bank
c/o Weltman, Weinberg & Reis, Co., L.P.A
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601-2704

FedEx Customer Information Services
Assignee of FedEx Express/FedEx Ground
Attn Revenue Recovery/Bankrupcty
3965 Airways Blvd Module G 3rd Floor
Memphis, TN 38116-5017

Fifth Third Bank (Chicago)
Dykema Gossett
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606-7439


Richard H Fimoff
Robbins,  Salomon & Patt  Ltd
180 North LaSalle Street
Suite 3300
Chicago, IL 60601-2808

First Comm Bank
165 S Randall Road
Elgin, IL 60123-5551

First Credit Funding
PO Box 3892
Seattle, WA 98124-3892

First Credit Funding LLC
5201 Olympic Drive NW
Suite 210
Gig Harbor, WA 98335-1778

First Credit Funding LLC
William Kent Carter
Clark Hill PLC
150 N Michigan Ave #2700
Chicago, IL 60601-7576

First Horizon
165 Madison Street
Memphis, TN 38103-2723

First National Bank of McHenry
3814 W. Elm St.
PO Box 338
McHenry, IL 60051-0338

First National Bank of McHenry
9705 Prairie Ridge Rd.
Richmond, IL 60071-9112

First Premier
5201 Eden Ave
Suite 180
Edina, MN 55436-2449

First Premier Capital, LLC
c/o Alex Darcy/Juyon Ham
Askounis & Darcy, PC
401 North Michigan Avenue, Suite 550
Chicago, IL 60611-5523

FirstLease, Inc.
185 Commerce Drive
Fort Washington, PA 19034-2416

Fremont Investment & Loan
175 N Riverview
Anaheim, CA 92808-1225

Edward P. Freud
Ruff, Freud, Breems & Nelson, Ltd
200 N. LaSalle Street
Suite 2020
Chicago, IL 60601-1025

Richard C Friedman
302 17th Street
Wilmette, IL 60091-3224

Frontier Elec
451 Frontier Way
Bensenville, IL 60106-3800

Fujimi
11200 SW Leveton Dr
Tualatin, OR 97062-8094

GEORGE FERGUSON
1521 E Commerce Ave
Carlisle, PA 17015-9166

GIS Rolling, LLC
c/o Michael A. Maciejewski, Ltd.
970 Oaklawn Ave., Ste. 204
Elmhurst, Illinois 60126-1000

GIS VENTURE
Paul W Bullard
Michael A Maciejewski Ltd
970 Oaklawn Avenue Suite 204
Elmhurst, IL 60126-1000

GLOBAL CONTACT
16 West Main Street
Marlton, NJ 08053-2205

GMAC
PO Box 130424
Roseville, MN 55113-0004

GMAC
P.O. Box 9001951
Louisville, KY 40290-1951

GONIA CONSULTING
1301 Clear Springs Trace
Suite 200
Louisville, KY 40223-3855

GRINDAL
1551 E industrial Drive
Itasca, IL 60143-1861

GROB INC.
1731 10th Ave
Grafton, WI 53024-2401

Jeffrey L. Gansberg
Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606-1631

Jeffrey D Ganz
Riemer & Braunstein LLP
100 Cambridge Street, 22nd Floor
Boston, MA 02114-2527

Garcia, Carlos
1993 North Heritage Circle
Palatine, IL 60074-1412

Garcia, martin
1993 North Heritage Circle
Palatine, IL 60074-1412

Zachary J Garrett
Goldberg Kohn Ltd.
55 East Monroe Street
Suite 3300
Chicago, IL 60603-5800

Maria Georgopoulos
Codilis and Associates
15W030 N Frontage Rd
Burr Ridge, IL 60527-6921

Stephen B Gerald
Whiteford Taylor Preston LLP
7 Saint Paul Street
Baltimore, MD 21202-1697

Gerald Investments
555 S Vermont
Palatine, IL 60067-6947

Heather M Giannino
Heavner, Scott, Beyers & Mihlar, LLC
111 East Main Street, Suite 200
Decatur, IL 62523-1204

Douglas C. Giese
Markoff Law LLC
29 N. Wacker Drive
Suite 1010
Chicago, IL 60606-3203

Ronald B Gold
Frost Brown Todd LLC
201 E Fifth St
Cincinnati, OH 45202-4113

Richard N Golding
The Golding Law Offices, P.C.
The Boyce Building
500 North Dearborn Street, Second Floor
Chicago, IL 60654-3300

Adam B Goodman
Goodman Tovrov Hardy & Johnson LLC
105 West Madison Street
Suite 1500
Chicago, IL 60602-4602

Karen R Goodman ESQ
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-4277

Nicholas A Gowen
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
 21st Floor
Chicago, IL 60611-3586

Dean C Gramlich
Much Shelist, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606-1631

Patrick B Gushue
U.S. Department of Justice, Tax Division
555 4th Street, NW Room 7724
Washington, DC 20001-2733

John W Guzzardo
Horwood Marcus & Berk Chartered
500 West Madison Street
Suite 3700
Chicago, IL 60661-4591

HARRIS N.A.
PO Box 6201
Carol Stream, IL 60197-6201

HEROLD Advertising Products LLC
PO Box 871185
Wasilla, AL 99687-1185

HEWLETT PACKARD
420 Mountain Ave.
Murray Hill, NJ 07974-2736

HOME DEPO
PO Box 6029
The Lakes, NV 88901-6029

HONEYWELL
12484 Collections Center Drive
Chicago, IL 60693-0001

HOPATCONG
35 Byram Bay Road
Hopatcong, NJ 07843-1921

HOSTING.COM
PO Box 70309
Louisville, KY 40270-0309

HP FINANCIAL
420 Mountain Ave.
Murray Hill, NJ 07974-2736

Jennifer L. Hamilton
Crowley & Lamb, P.C.
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601-1224

Harris Bank
PO Box 6201
Carol Stream, IL 60197-6201

Harris N.A.
Harris N.A.
111 West Monroe Street
Chicago, IL 60603-4095

Hewlett-Packard Financial Services Company
c/o David N. Crapo, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

James D Higgason Jr
Diamond McCarthy LLP
909 Fannin
Houston, TX 77010-1049

(p)HOME FEDERAL SAVINGS BANK
ATTN MEGAN STENSLAND
1016 CIVIC CENTER DR NW
ROCHESTER MN 55901-1881

Huddle Advisors LLC
1204 Loyola Drive
Libertyville, IL 60048-1278

IBM
10301 David Taylor Drive
Charlotte, NC 28262-2334

IBM CREDIT LLC
B H Shideler
Two Lincoln Centre
Oakbrook Terrace, Illinois 60181-4295

ICE MOUNTAIN
PO Box 52214
Phoenix, AZ 85072-2214

ICI PAINT
21033 Network Place
Chicago, IL 60673-1210

ICON EAR, LLC
c/o Steve Bobo
Reed Smith LLP
10 S. Wacker Dr.
Chicago, IL 60606-7506

ICON EAR, LLC
100 5th Avenue
4th Floor
New York, NY 10011-6910

ICON EAR, LLC
100 5th Avenue
4th Floor
New York, NY 10011-6910

ICON EAR, LLC III
100 5th Avenue
4th Floor
New York, NY 10011-6910


ICON EAR, LLC Reed Smith LLP
10 S Wacker Drive 40th Flr
Chicago, IL 60606-7506

ICON II
100 5th Avenue
4th Floor
New York, NY 10011-6910

IDES
Insolvency/Bkcy Subunit
33 S. State Street, 10th Floor
Chicago, IL 60603-2804


IMAC
1553 Commerce Drive
Elgin, IL 60123-9304

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph - Level 7-425
Chicago, IL 60601


Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604-1705

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Insolvency)
200 W. Adams, Suite 2300
Chicago, IL 60606-5231


Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, Illinois 60604-1705

Steve Jakubowski
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street
Suite 3300
Chicago, IL 60601-2808

Gregory J Jordan
Jordan & Zito LLC
55 West Monroe St., Suite 3600
Chicago, IL 60603-5026


KCL, LLC
c/o P. Reid Lemasters
3 Linden Way
Wyoming, OH 45215-4208

KLC FINANCIAL LLC
3 Linden Lane
Wyoming, OH 45215-4208

KLC Financial
3514 County Road 101
Minnetonka, MN 55345-1018


KLC Finanical
3514 County Road 101
Minnetonka, MN 55345-1018

David A. Kallick
Benjamin, Gussin & Associates
801 Skokie Blvd.
Suite 100
Northbrook, IL 60062-4026

Karasek, Tomasz
23 North Yale Avenue
Villa Park, IL 60181-2340


Karasek, Wojciech
715 Whitesail Drive
Schaumburg, IL 60194-3633

Alexander D Kerr Jr
Heyl Royster Voelker & Allen
33 N. Dearborn St.
7th Floor
Chicago, IL 60602-3195

Kevin J Simard
Reimer & Braunstein LLP
Three Center Plaza 6th Floor
Boston MA 02108-2003


Key Government Finance, Inc.
Andrew J Whealy Esq
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102-2186

Andrea Levin Kim
Diamond McCarthy LLP
909 Fannin St
Houston, TX 77010-1049

Henry E Kinser
Wyatt Tarrant & Combs LLP
250 West Main Street Suite1600
Lexington, KY 40507-1746


Cameron W Kinvig
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2755

Frank Kladis
Regas, Frezados & Dallas LLP
111 W Washington St.
Suite 1525
Chicago, IL 60602-2703

Kathryn A Klein
Riezman Berger PC
7700 Bonhomme
7th Floor
St Louis, MO 63105-1960

Mark Jay Krum
Diamond McCarthy LLP
620 Eighth Ave 39th Floor
New York, NY 10018-1443

LABOR NETWORK
565 Dundee Ave
Elgin, IL 60120-3856

LAKE SHORE
575 McCorkle Blvd
Westerville, OH 43082-8888


LAMBDA
3055 Del Sol Blvd
San Diego, CA 92154-3474

LANAC TECH
525 W Van Buren
Suite 1150
Chicago, IL 60607-3825

LEAF
PO Box 6444006
Cincinnati, OH 45264-4006


LEASING ONE CORPORATION
202 W. Main Street
Frankfort, KY 40601-1894

LIBERTYVILLE BANK AND TRUST
Brian Ira Tanenbaum
2970 Marie Avenue, Suite 207
Northbrook, IL 60062-2024

LOCATOR SERVICES
PO Box 75363
Baltimore, MD 21275-5363


Robert Langford
POB 019001
Atwater, CA 95301-0910

Lawson, Donald
8027 South Avalon
Chicago, IL 60619-4505

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027


Leaf Funding Corporation
2005 Market Street 14th Flr
Philadelphia, PA 19103-7009

Leasing Innovations
261 North Highway 101
Solana Beach, CA 92075-1129

Leasing One Corporation
PO Box 309
Frankfort, KY 40602-0309


Leasing One Corporation
Stites & Harbison PLLC
250 W Main Suite 2300
Lexington, KY 40507-1758

Christopher B Lega
55 W. Monroe Suite 1925
Chicago, IL 60603-5079

Libertville Bank & Trust Company
507 N. Milwaukee Avenue
Libertyville, IL 60048-2000


Mitchell Lieberman
Noonan & Lieberman Ltd.
105 West Adams
Suite 1100
Chicago, IL 60603-6238

Locke Lord Bissell & Liddell LLP
David W Klaudt
2200 Ross Ave Ste 2200
Dallas, Texas 75201-2748

Thomas M Lombardo
DiMonte & Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068-5706


Longoria, Victor
5545 East Celebrity Circle
Hanover Park, IL 60133-5329

M&T Bank
c/o GETMAN & BIRYLA, LLP
800 Rand Building
14 Lafayette Square
Buffalo, New York 14203-1995

MAB PAINT / Sherwin Williams
Sherwin Williams / MAB Paints
16 W 485 S Frontage Rd
Ste 110
Burr Ridge, IL 60527


MARLIN LEASING Corporation
300 Fellowship Road
Mount Laurel, NJ 08054-1727

MATRIX BUSINESS TECHNOLOGIES
PO Box 742501
Cincinnati, OH 45274-2501

MCCLOUD
2500 W Higgins Road
Hoffman Estates, IL 60169-7200


MCCOLLISTER
PO Box 822685
Philadelphia, PA 19182-2685

MCMASTER CARR
PO Box 7690
Chicago, IL 60680-7690

MERCEDES BENZ FINANCIAL
PO Box 9001680
Louisville, KY 40290-1680

MFG NEWS
1633 Central Street
Evanston, IL 60201-1569

MFRITZSCHE
3638 N Hamilton Ave
Chicago, IL 60618-4915

MICHIGAN HERITAGE
28300 Orchard Lake Road
Suite 200
Farmington Hills, MI 48334-3704

MILLENNIUM BANK
2077 Miner St
Des Plaines, IL 60016-4711

MMT Leasing Inc
Barbara L Farley Esquire
PO Box 53659
Philadelphia, PA 19105-3659

MOTION IND
2380 United Lane
Elk Grove Village, IL 60007-6815

Mab Paint
414 N Carpenter Street
Chicago, IL 60642-6502

Machinery Information Systems, Inc.
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

Eric J Malnar
Quintairos, Prieto, Wood & Boyer, P.A.
233 South Wacker Drive
70th Floor
Chicago, IL 60606-6350

Mark Anstett
1111 Estate Lane
Lake Forest, IL 60045-3619

Colleen E McManus
Carlson Dash, LLC
216 S. Jefferson
Suite 504
Chicago, IL 60661-5698

Robert E Mckenzie
Arnstein & Lehr
120 S Riverside Plaza Ste 1200
Chicago, IL 60606-3910

Brian H Meldrum
Stites & Harbison
400 W. Market St.
Louisville, KY 40202-3352

Millennium Bank
2100 Miner Street
Des Plaines, IL 60016-4718

Minnwest Bank
12011 Business Park Development North
Champlin, MN 55316-4526

Moore, Alan
350 North St. Paul Street
Suite 2900
Dallas, TX 75201-4234

C. Douglas Moran
Carlson Dash, LLC
216 S. Jefferson Street
Suite 504
Chicago, IL 60661-5698

Kevin H Morse
Clark Hill PLC
130 E. Randolph Street, Suite 3900
Chicago, IL 60601-6317

Kevin Murnighan
Carey, Filter, White & Boland
33 W Jackson
5th Floor
Chicago, IL 60604-4149

Myron E Siegel
445 Sheridan Road Suite 200
Highwood, IL 60040-1317

N.E.T.
4811 Lamar Ave
Suite 4
Mission, KS 66202-1765

NATHAN THOMAS
5216 N Pleasant View Drive
McHenry, IL 60050-7600

NATIONAL CITY
101 South 5th Street
Louisville, KY 40202-3157

NATIONAL LIFT TRUCK INC
PO Box 5977
Carol Stream, IL 60197-5977

NEETEK SYSTEMS INTEGRATION, INC.
3182 Campus Drive
Suite 415
San Mateo, CA 94403-3123

NEWARK
P.O. Box 94151
Palatine, IL 60094-4151

NICOR
P.O. Box 190
Aurora, IL 60507-0190

NISSAN
PO Box 0548
Carol Stream, IL 60132-0548

NORMAN EQUIP
9850 South Industrial Drive
Bridgeview, IL 60455-2319

NORSTATES BANK
David Fischer, Locke Lord
111 S Wacker Drive, Suite 4100
Chicago, IL 60606-4409

NORTH SIDE BANK
4125 Hamilton Ave.
Cincinnati, OH 45223-2273

NORTHWAY STATE BANK
480 West Center Street
Grayslake, IL 60030-7827

Nissan Motor Acceptance Corporation
C/o Codilis & Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

Nissan Motor Acceptance Corporation
P.O. Box 660366 Dallas, TX 75266

Nissan-Infiniti LT
c/o Codilis and Associates
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

NorStates Bank
216 West Madison Street
Waukegan, IL 60085-8105

NorStates Bank
% Wildman harrold Allen & Dixon LLP
225 W Wacker Dr, #300
Chicago, IL 60606-1229

Norstates Bank
1601 N Lewis
Waukegan, IL 60085-1761

Paul M Nussbaum
Whiteford Taylor Preston LLP
7 Saint Paul Street
Baltimore, MD 21202-1697

OFC CREDIT
3585 Atlanta Ave
Atlanta, GA 30354-1705

OFC Capital Corporation
c/o Law Offices of Gabriel B. Antman, PC
77 W. Washington St., Suite 719
Chicago, IL 60602-3274

OFC Capital Corporation
576 Colonial Park Drive
Roswell, GA 30075-3794

Kenneth Oestreicher
Whiteford Taylor & Preston LLP
7 St Paul Street
19th Floor
Baltimore, MD 21202-1636

Matthew A Olins
Gould & Ratner
222 North LaSalle Street
Suite 800
Chicago, IL 60601-1086

Orion Bank
c/o Iberia Bank
PO Box 413040
Naples, FL 34101-3040

Raymond J Ostler
Gomberg Sharfman Gold Et Al
208 S Lasalle St Ste 1200
Chicago, IL 60604-1032

PECK BLOOM MILLER
105 West Adams
31st Floor
Chicago, IL 60603-6227

PENTECH FINANCIAL SERVICES INC
240 E Hacienda Ave Suite 100
Cambbell, CA 95008-6617

PEOPLES GAS
Chicago, IL 60687-0001

PEOPLES GAS LIGHT & COKE COMPANY
130 EAST RANDOLPH DRIVE
CHICAGO, ILLINOIS 60601-6207

PETER WOLTERS
PO Box 516514
Attn: Accounts Payable
Los Angeles, CA 90051-7801

PISCO
100 Leland Court
Unit A
Bensenville, IL 60106-1603

PITNEY BOWES
PO Box 856390
Louisville, KY 40285-6390

PNC Equipment Finance, LLC as successor by m
to Town & Country Leasing, LLC
c/o Tucker Arensberg PC (Beverly Manne)
1500 One PPG Place
Pittsburgh, PA 15222-5416

PNC Equipment Finance, LLC as successor by m
One PNC Plaza
18th Floor
249 5th Avenue
Pittsburgh, PA 15222-2707

PNC Equipment Finance,LLC/Nat'l City Eq
% James M Crowley/Crowley & Lamb PC
221 N LaSalle St, #1550
Chicago, IL 60601-1224

PRE-PAID LEGAL
PO Box 2629
Ada, OK 74821-2629

PRINCIPAL
PO Box 10372
Des Moines, IA 50306-0372

PRO-LINE
716 N. Edgewood Ave
Wood Dale, IL 60191-1259

Pentech Financial
1301 Madrid Street
Suite 103
Marshall, MN 56258

Pentech Financial
PO Box 790247
St Louis, MO 63179-0247

People's Capital and Leasing Corp.
c/o Dennis A. Dressler, Esq.
Dressler Peters, LLC
111 W. Washington St.
Ste. 1900
Chicago, IL 60602-2703

Peoples National Bank of Kewanee
c/o Matthew A. Olins, Esq.
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433

Elizabeth Gayle Peterson
FactorLaw
105 W. Madison St.
Suite 1500
Chicago, IL 60602-4602

James M Philbrick
Law Offices of James M. Philbrick, P.C.
P. O. Box 351
Mundelein, IL 60060-0351

Player, Sheldon
4260 East Hoback River Road
Jackson, WY 83001-8838

Podraza, Jennifer
304 Kosan Circle
Streamwood, IL 60107-1122

Power/Mation Division
1310 Energy Lane
PO Box 8198
St Paul MN 55108-0198

Diana H Psarras
Robbins Salomon & patt Ltd
25 East Washington Street Suite 1000
Chicago, IL 60602-1708

QUILL
PO Box 37600
Philadelphia, PA 19101-0600

REALIANCE STANDARD
PO Box 3124
Southeastern, PA 19398-3124

REID SUPPLY
2265 Black Creek Road
Muskegon, MI 49444-2673

REPUBLIC BANK
2221 Camden Court
Oakbook, IL 60523-4516

REVERE 2
3866 Paysphere Circle
Chicago, IL 60674-0038

(p)REAL TIME RESOLUTIONS INC
PO BOX 36655
DALLAS TX 75235-1655

RecoverEdge LLP
S R Tumminello/Capital Recovery Advisors
2400 Augusta Dr, Ste 212
Houston, TX 77057-4998

Red Oak Acquisition Fund V, LLC
350 North St. Paul Street
Suite 2900
Dallas, TX 75201-4234

Regions Mortgage
PO Box 18001
Hattlesburg, MS 39404-8001

Gabriel Reilly-Bates
Taft Stettinius & Hollister LLP
111 E. Wacker Drive
Suite 2800
Chicago, IL 60601-4277

Republic Bank Of Chicago
2221 Camden Court
Oak Brook, IL 60523-4516

Republic Bank of Chicago
c/o Alexander D. Kerr, Jr.
Tishler & Wald, Ltd.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606-5815

Republic Bank of Chicago c/o
Edward P. Freud
Ruff, Freud, Breems & Nelson Ltd.
200 N. LaSalle Street, Suite 2020
Chicago, IL 60601-1025

Republic Bank of Chicago c/o
Edward P. Freud, esq.
Ruff, Freud, Breems & Nelson Ltd.
200 N. LaSalle Street, Suite 2020
Chicago, IL 60601-1025

Joseph D Roach
Briggs and Morgan, P.A.
2200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402

Rockford Capital Leasing
4249 East State St #301
Rockford, IL 61108-2045

Rockford Capital Leasing Inc
Barrick Switzer Long Balsley & Van Evera
Gregory A Biegel
6833 Stalter Drive First Floor
Rockford. IL 61108-2582

Rockford Capital Leasing, Inc.
c/o Gregory A. Biegel
Barrick, Switzer, Long, Balsley & Van Ev
6833 Stalter Drive, First Floor
Rockford, IL 61108-2582

Todd A Rowden
Thompson Coburn LLC
55 E Monroe St 37th Floor
Chicago, IL 60603-6029

Daniel Rubin
Howard and Howard
200 S. Michigan Ave.
Suite 1100
Chicago, IL 60604-2461

David E Runck
Fafinski Mark & Johnson, P.A.
775 Prairie Center Drive
Eden Prairie, MN 55344-7314

SG EQUIPMENT FINANCE
Fox Swibel Levin & Carroll LLP
200 West Madison Street Suite 3000
Chicago, IL 60606-3417

SIGNS NOW
1300 E. Remington Road
Schaumburg, IL 60173-4800

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

STATE COMPTROLLER - TX
PO Box 149348
Austin, TX 78714-9348

STATE FARM
9140 Waukegan Road
Morton Grove, IL 60053-2125

SUNTRUST LEASING CORP.
Vincent T Borst/Robbins Saloman Patt Ltd
25 E Washington St, #1000
Chicago, IL 60602-1708

SUSQUEHANNA COMMERCIAL
1566 Medical Drive
Suite 201
Pottstown, PA 19464-3229

SYDOR Optics
31 Jet View Dr.
Rochester, NY 14624-4903

Santander Bank NA in interest of SOVEREIGN B
c/o Dennis A. Dressler
Dressler & Peters, LLC
70 W Hubbard Street, Suite 200
Chicago, IL 60654-5677

Ryan T Schultz
Fox Swibel Levin & Carroll LLP
200 W. Madison
Suite 3000
Chicago, IL 60606-3417

Shauntee Billups
1731 W. North Shore Avenue
#1
Chicago, IL 60626-6579

Sherwin Williams
261 E Northwest Hwy
Palatine, IL 60067-8114

Morgan M. Smith
Dykema Gossett PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606-7439

Smith, Wilbur
231 Old Town Road
Gardners, PA 17324-9098

Jean Soh
Polsinelli PC
150 N. Riverside Plaza
Ste 3000
Chicago, IL 60606-1599

Sovereign Bank
c/o Dennis A. Dressler
Dressler & Peters LLC
111 W. Washington
Ste. 1900
Chicago, IL 60602-2703

Sovereign Bank
3 Huntington Quadrangle
Suite 101
Melville, NY 11747-4602

Spie
PO Box 10
Bellingham, WA 98227-0010

State Bank & Trust
Attn Jon Aarsvold
3100 13th Avenue S
Fargo, ND 58103-3507

State Board of Equalization
Special Operations Branch MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Catherine L Steege ESQ
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-5474

Stefan Sydor Optics, Inc.
c/o William R. Alexander
Remington, Gifford, et al.
183 E. Main St
Rochester, NY 14604-1612

Steiner
1250 Touhy Avenue
Elk Grove Village, IL 60007-4985

Stone, Brandon
524 North Airlite Street
Elgin, IL 60123-2678

Sun Source
2301 Windsor Ct
Addison, IL 60101-1462

Suntrust Equipment Finance & Leasing Corp
300 East Joppa Rd Suite 700
Towson Maryland 21286-3001

Suntrust Leasing Corp
c/o RH Fimoff/Robbbins Salomon Patt
25 E Washington St 1000
Chgo, IL 60602-1708

(c)SUSQUEHANNA COMMERCIAL FINANCE, INC.
2 GREAT VALLEY PKWY STE 300
MALVERN PA  19355-1319

Jerry L Switzer
Polsinelli, PC
150 North Riverside Plaza
Suite 3000
Chicago, IL 60606-1599

TD BANKNORTH
c/o Kevin J. Sinard Esquire
Riemer & Braustein LLP
Three Center Plaza
Boston, MA 02108-2090

TD BankNorth Leasing Corporation
% Jeffrey D Ganz/Riemer & Braunstein LLP
3 Cener Plaza, F16
Boston, MA 02108-2003

TD BankNorth Leasing Corporation
Phillip Block/Riemer & Braunstein LLP
3 Center Plaza, Fl 6
Boston, MA 02108-2003

TD Banknorth Leasing Corporation
Two Portland Square
Portland, ME 04101-4088

TECH-ASSIST
3700 Palomar Lane
Austin, TX 78727-3034

THE National Bank
1800 McDonough Road, Suite 210
Hoffman Estates, IL 60192-4565

THE National Bank
c/o Richard A. Davidson
Lane & Waterman LLP
220 N, Main St Ste 600
Davenport, IA 52801

TIGER DRYLAC
3855 Swenson Avenue
St Charles, IL 60174-3437

TOMAS TRAXMANDL
2619 North 74th Ave
Elmwood Park, IL 60707-0343

TOWN AND COUNTRY LEASING
PO Box 820116
Philadelphia, PA 19182-0116

Thomas J Tallerico
Bodman PLC
201 W Big Beaver Road
Troy, MI 48084-4160

Brian Ira Tanenbaum
Law Offices of Brian Ira Tanenbaum, Ltd
2970 Maria Avenue, Suite 270
Northbrook, IL 60062-2024

The Community Bak
c/o Weltman, Weinberg & Reis, Co., L.P.A
180 N. LaSalle Street. Ste. 2400
Chicago, IL 60601-2704

The Community Bank
2850 Maysville Pike, Unit B2
Zanesville, OH 43701-7618

The Community Bank
c/o Weltman, Weinberg & Reis Co., L.P.A.
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601-2704

The Finer Line
1306 N Plum Rd
Schaumburg, IL 60173

The North Side Bank & Trust Company
c/o Ronald E. Gold, Esq.
Frost Brown Todd LLC
2200 PNC Center, 201 E. Fifth Street
Cincinnati, Ohio 45202

Thomas, Nathan
5216 North Pleasant View Drive
Mchenry, IL 60050-7600

Trans Pak
520 S Vermont St
Palatine, IL 60067

Trinity
Division of Bank of the West
475 Sansome Street
19th Floor
San Francisco, CA 94111-3172

Trism Business Solutions LLC
4974 S. Rainbow Blvd. Suite 100
Las Vegas, Nevada 89118-1413

Stephen R. Tumminello
Capital Recovery Advisors
2400 Augusta Drive
Suite 212
Houston, TX 77057-4998

ULINE
2105 S. Lakeside Drive
Waukegan, IL 60085-8308

UPS
Lockbox 577
Carol Stream, IL 60132-0577

US BANK
1450 Channel Parkway
Marshall, MN 56258-4005

US Bancorp Manifest Funding Services
c/o Alex Darcy/Juyon Ham
401 N. Michigan Ave.
Suite 550
Chicago, IL 60611-5523

US FINANCIAL
9122 Montgomery Road
Suite 202
Cincinnati, OH 45242-7745

USED EQUIPMENT DIRECTORY
3700 Palomar Lane
Austin, TX 78727-3034

VALTECH CORP
2113 Sanatoga Station Road
Pottstown, PA 19464-3275

VELOCITY FINANCIAL GROUP INC
500 Edgewater Drive
Ste 509
Wakefield, MA 01880-6222

VETERANS MESSENGER
PO Box 66973
Chicago, IL 60666-0973

VILL OF PALATINE
200 East Wood Street
Palatine, IL 60067-5339

VONLEHMAN
c/o Wyatt Tarrant & Combs LLP
250 W Main st, Ste 1600
Lexington, KY 40507-1746

VW Credit, Inc.
P.O. Box 829009
Dallas, TX 75382-9009

Value Recovery Group, LP
919 Old Henderson Rd.
Columbus OH 43220-3722

Varilease Technology Finance Group Inc
MeLisa Platte
8451 Boulder Court
Ste 200
Walled Lake MI 48390-4147

Vavrich, Martin
275 East Lincoln Avenue
Glendale Heights, IL 60139-2616

Verizon
PO Box 9622
Mission Hills, CA 91346-9622

Wafer Technology, LTD
34 Maryland Rd.
Tongwell, Milton Keynes, Bucks
MK15 8HJ, United Kingdom

Waukegan Savings Bank
Micheal L Weissman
180 North LaSalle Street Suite 3200
Chicago, IL 60601-2800

Daniel I Waxman
Wyatt Tarrant & CombsLLp
250 West Main Street, Suite 1600
Lexington, KY 40507-1746

Michael B Weininger
Lupel Weininger LLP
30 N. LaSalle St.
Suite 3520
Chicago, IL 60602-3334

WesBanco Bank, Inc.
c/o Denise Knouse-Snyder
61 14th Street
Wheeling, WV 26003-3426

Whale
1521 Jarvis Ave
Elk Grove Village, IL 60007-2401

Sara E Williams
Diamond McCarthy LLP
909 Fannin
Houston, TX 77010-1049

Neal L Wolf
Hanson Bridgett LLP
425 Market Street
26th Floor
San Francisco, CA 94105-5401

XEROX
PO Box 802567
Chicago, IL 60680-2551

XOCOMM
PO Box 7158
Pasadena, CA 91109-7158

YELLOW PAGES
PO Box 411450
Attn: Listing Dept
Melbourne, FL 32941-1450

Jonathan W. Young
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606-4409

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ACURA FINANCIAL SERVICES
PO Box 60001
City of Industry, CA 91716-0001

AUDI FINANCIAL SERVICES
P.O. BOX 3
Hillsboro, OR 97123-0003

Board of Equalization
PO Box 942879
Sacramento, CA 94279

DIRECT TV
PO Box 60036
Los Angeles, CA 90060-0036

DISCOVER
PO Box 30395
Salt Lake City, UT 84130-0395

Home Federal Savings Bank
Larry McGraw, EVP,COO
1016 Civic Center Dr, Suite 300
Rochester, MN 59901

Internal Revenue Service
Insolvency
PO Box 21126
Philadelphia, PA 19114-0326

Real Time Resolutions, Inc
1349 Empire Central, Suite 150
PO Box 36655
Dallas, TX 75247

(d)Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
PO Box 36655
Dallas, Texas 75247-4029


SPRINT
PO Box 219554
Kansas City, MO 64121-9554

(d)Sprint Nextel  Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

(d)Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155-3326


                    Addresses marked (c) above for the following entity/entities were corrected
                    as required by the USPS Locatable Address Conversion System (LACS).


Susquehanna Commercial Finance, Inc.
2 County View Road
Ste 300
Malvern, PA 19355